Sheldon Karasik (*Pro hac vice application forthcoming*)
214 Fifth Avenue, Suite Q249
New York, New York 10001 (917) 587-8153
Email: sheldon@karasiklawoffices.com

Christopher Dunn
Dunn Employment Law, LLC
P.O. Box 4124
Madison, CT 06443
(203) 903-7650
cdunn@dunnemploymentlaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HUNTER STEPHENS

        Plaintiff,

v.

ESPN PRODUCTIONS, INC., ESPN, INC.,
THE WALT DISNEY COMPANY in their
official capacities; CHRIS CALCINARI,
BROOKE LEONE, JAMES PITARO, BOB
IGER, BOB CHAPEK, DERICA W. RICE,
SUSAN E. ARNOLD, FRANCIS A.
DESOUZA and DOES 1 through 10, inclusive,
in their individual capacities. individually and in
her official capacity,

        Defendants.

Case No.:


**COMPLAINT
AND JURY DEMAND**

COMPLAINT AND JURY DEMAND - 1

Plaintiff, HUNTER STEPHENS, by and through his attorneys, LAW OFFICES OF SHELDON KARASIK, P.C., as and for his Complaint against Defendants, ESPN PRODUCTIONS, INC., ESPN, INC., THE WALT DISNEY COMPANY, ("Disney"), CHRIS CALCINARI, BROOKE LEONE, JAMES PITARO, BOB IGER, BOB CHAPEK, DERICA W. RICE, SUSAN E. ARNOLD, FRANCIS A. DESOUZA, AND DOES 1 THROUGH 10, INCLUSIVE, states as follows:

**PARTIES**

1.    Plaintiff HUNTER STEPHENS ("Stephens") is an individual residing in Tega Cay, South Carolina.

2.    Defendant ESPN Productions, Inc. is an entity incorporated in the State of Delaware with its principal place of business located at 935 Middle St, Bristol, CT 06010.

3.    Defendant ESPN, Inc. is an entity incorporated in the State of Delaware with its principal place of business located at 935 Middle St, Bristol, CT 06010.

4.    Defendant The Walt Disney Company ("Disney") is an entity incorporated in the State of Delaware, is headquartered and has its principal place of business located at 500 S. Buena Vista Street, Burbank, CA 91521, and is doing business in Connecticut.

5.    Defendant Chris Calcinari was at all material times Senior Vice President of Remote Production Operations – ESPN and ABC Sports.

6.    Defendant Brooke Leone was at all material times employed as an Employee Relations Manager at ESPN, Inc.

COMPLAINT AND JURY DEMAND - 2

7.     Defendant James Pitaro is now and was at all material times the Chairman of ESPN and Sports Content. Pitaro is a state actor.

8.     Defendant Bob Iger is currently the CEO of The Walt Disney Company and was, at all material times, the Chairman of Disney's Board of Directors. Iger is a state actor.

9.     Defendant Bob Chapek was, at all material times, the Disney Chief Executive Officer ("CEO"). Chapek is a state actor.

10.     Defendant Derica W. Rice is now and has been at all material times a Disney Director. Rice is a state actor.

11.     Defendant Susan A. Arnold was at all material times a Disney Director. Arnold is a state actor.

12.     Defendant Francis A. deSouza is now and has been at all material times a Disney Director. Mr. deSouza is a state actor.

## JURISDICTION AND VENUE

13.     This action arises under the Religious Freedom Restoration Act (RFRA), 42 U.S.C. §2000bb et seq., and Connecticut common law for breach of contract.

14.     This Court has jurisdiction pursuant to 28 U.S.C. §1331 (federal question), 28 U.S.C. §1367 (supplemental jurisdiction over state law claims), and 28 U.S.C. §1332 (diversity jurisdiction.)

15.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b) because a

substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this judicial district.

**FACTUAL BACKGROUND**

16. Between August 28, 2016, and February 14, 2022, Plaintiff Hunter Stephens ("Plaintiff") was employed by Defendant ESPN Productions, Inc., as a Remote Video Operator.

17. ESPN Productions, Inc., is a subsidiary of Defendant ESPN, Inc. (collectively, "ESPN"). ESPN, Inc. is controlled and operated by its majority owner, Defendant The Walt Disney Company ("Disney"). Disney owns an 80% stake in ESPN, Inc.

18. On February 14, 2022, approximately halfway through the employment term outlined in his 2021-2022 contract, (see Exhibit A, the "Employment Agreement," and Exhibit B, the "Option Extension Letter"), Plaintiff's employment was unilaterally terminated by individuals (Individual Defendants Chris Calcinari and Brooke Leone) acting in their capacity as agents of ESPN.

19. The dispositive basis for ESPN's decision to terminate Plaintiff's employment contract was the fact Mr. Stephens had only received 2 doses of the Moderna COVID-19 vaccine, whereas Defendants Chris Calcinari and Brooke Leone wanted him to get a third shot (also known as a "booster" shot).

20. Nowhere in Plaintiff's contract did it state that Plaintiff would have to obtain a third dose of any COVID-19 vaccine as a condition of continued employment.

21.    Subsequent to receiving his second dose of the Moderna COVID-19 vaccine, Plaintiff learned that fetal cell lines were used in the development and/or production of all three FDA-approved COVID-19 vaccines.

22.    Plaintiff, a devout Christian, believes – based on holy scripture and interpretations thereof – that human life is sacred from conception, that the use of aborted fetal cells in the production or testing of medical treatments is objectionable, and that partaking of any medical product developed using those objectionable methods is complicity in sin.

23.    Plaintiff notified ESPN, via Defendants Calcinari and Leone, that due to these religious beliefs, he could not in good conscience get a COVID-19 "booster" as it would violate his faith. This request for an exemption was denied and Plaintiff was consequently terminated.

**CONTRACT**

24.    Plaintiff Hunter Stephens entered into an employment contract with ESPN Productions, Inc. on August 28, 2016, as a Remote Video Operator. The contract was executed by Chris Calcinari and contained provisions recognizing ESPN's affiliation with its parent company, The Walt Disney Company. (See Exhibit A, Employment Agreement).

25.    On August 28, 2019, the parties renewed the contract through August 27, 2021.

26.    On June 14, 2021, ESPN Productions, Inc. exercised its option to extend Plaintiff's contract for an additional year, from 8/28/21 to 8/27/22, as evidenced in the letter signed by Chris Calcinari. (See Exhibit B, Option Extension Letter). Mr. Stephens complied with all the terms and conditions of the contract and extension.

27. The extension did not require Plaintiff to be "fully vaccinated" to remain employed, but suggested that his "day count" would be contingent upon his becoming "fully vaccinated." Plaintiff complied with this requirement by receiving 2 doses of the Moderna COVID-19 vaccine primary series.

28. Under CDC guidance, being "fully vaccinated" was, at all relevant times, defined as completing the primary (2-dose) series of a COVID-19 vaccine. While the CDC would later encourage individuals to stay "up to date" with boosters, that terminology did not alter its definition of "fully vaccinated."

29. At the time that Plaintiff's contract extension was executed, both ESPN and Disney defined "fully vaccinated" in a manner consistent with the CDC guidance.

30. The extension did not include a requirement for any booster vaccinations. ESPN and Disney later unilaterally imposed a new requirement that remote personnel receive a booster shot as a condition of continued employment.

**RELIGIOUS EXEMPTION REQUEST**

31. Plaintiff, a devout Christian, submitted a formal request for a religious exemption on January 12, 2022, citing his sincerely held religious beliefs against the use of vaccines developed or tested using fetal cell lines. (See Exhibit C, Vaccine Exemption Request).

32. Plaintiff specifically objected to the COVID-19 vaccine due to its reliance on fetal cell lines during development and testing. Mr. Stephens subscribes to the religious belief that human life is sacred from conception and that aborted fetal cells should never be used in the

COMPLAINT AND JURY DEMAND - 6

production or testing of medical treatments. His belief is grounded in Genesis 1-2 and Psalms 139, which affirm the sanctity of life as created by God. (See Exhibit C).

33.    Plaintiff stated in his exemption request that his religious convictions regarding the sanctity of life have been unwavering and consistent throughout his life. He further explained that he believes in preserving his bodily integrity as part of his religious faith and that, had he known at the time of his initial COVID-19 vaccination that fetal cell lines were used in their development, he would not have taken the vaccine. His exemption request informed Defendants that he could not comply with their COVID-19 booster mandate on the grounds that it violated his conscience and conflicted with his sincerely held religious beliefs. (See Exhibit C).

34.    Plaintiff also expressed moral objections to receiving a booster shot, stating that he considers the vaccine to be experimental and that he objected to being compelled to take it under the threat of termination. He cited concerns regarding the Nuremberg Code's protections against forced participation in experimental medicine. (See Exhibit C). EEOC guidance states that a confluence of religious and moral objections does not diminish an employee's need for accommodation and cannot be grounds for denying a religious accommodation.

35.    Despite these clear expressions of his religious and moral beliefs, Defendant Brooke Leone denied Plaintiff's exemption request on February 3, 2022, without engaging in any meaningful interactive process. She asserted that ESPN and its affiliates could not conclude Plaintiff's beliefs were sincerely held. (See Exhibit D, Denial and Termination Email Thread).

36.    On February 14, 2022, Plaintiff was officially terminated via email by Defendant Leone, despite his continued willingness to work under alternative accommodations. (See

Exhibit D). ESPN's corporate policies, including those enforced by Defendants Leone and Calcinari, were substantially guided by Disney, which publicly promoted and enforced strict vaccine mandates across its subsidiaries. ESPN employees, including Plaintiff, were repeatedly subjected to Disney's directives regarding COVID-19 compliance.

## STATE ACTION

37.    Defendants' actions were not merely as per a private corporation's policy; they were state action, governed by the state action doctrine. In its justification for the company mandate, Defendants referred to the Biden Administration's Executive Order expecting companies with greater than 100 employees to mandate the vaccination; however, it is on a far greater basis that state action is being asserted.

38.    Defendants were encouraged sufficiently by the government, and Defendants were jointly involved with the government, in sufficiently significant ways, apart from the business mandate, to warrant that the state action doctrine be applied. Defendants had additional reasons beyond the business mandate. There was such a web of relationships, including significant business incentives, and joint activity between the government and Defendants, such that there was a close nexus between the state and the actions of the Defendants and such that

there was pervasive public entwinement[1] in Defendants' management or control as pertains to

the Disney/ESPN mandate.

      a. Defendant ESPN is 80% owned by Disney.

      b. Disney has a symbiotic relationship with the Defense Department,[2] which

         has a joint relationship with the CDC and HHS[3], whose policies were

---

[1] Entwinement, of course, is an essential criterion in state action determinations. The Supreme Court in *Brentwood Academy v. Tennessee Secondary School Athletic Assn.* was clear that the test was not whether each, or a combination, of several criteria were present; entwinement alone is enough:

> Entwinement will support a conclusion that an ostensibly private organization ought to be charged with a public character and judged by constitutional standards …

> Entwinement is also the answer to the Association's several arguments offered to persuade us that the facts would not support a finding of state action under various criteria applied in other cases. These arguments are beside the point, simply because the facts justify a conclusion of state action under the criterion of entwinement, a conclusion in no sense unsettled merely because other criteria of state action may not be satisfied by the same facts.

*Brentwood Academy v. Tennessee Secondary School Athletic Assn.*, 531 U.S. 288, 302 (2000).

[2] The specifics of Disney's current Defense Department relationship are paramount to this case, but it's important to note that there is a historical relationship between the Defense Department and filmmakers that dates back to Franklin Delano Roosevelt. Associate Editor at Vanity Fair, writing for MRonline, explains:

> In 1942, President Franklin D. Roosevelt created the Office of War Information (OWI) in an effort to better inform the public about the Second World War via newspapers, radio, and film. The Bureau of Motion Pictures, one of the many bureaus that operated under the OWI, worked directly with every major Hollywood studio to promote the war. Of the 1700 films distributed by Hollywood from 1942 to 1945, the OWI had their hand in about five hundred, all of which contained war-related material.

> After the war was over, the OWI dissolved and, in its stead, the Pentagon established an entertainment liaison office in 1948, which continues to operate directly out of Los Angeles

Jon Skolnik, *Hollywood and the Pentagon are cheating on the American public*, MRONLINE (Jul. 03, 2020) https://mronline.org/2020/07/03/hollywood-and-the-pentagon-are-cheating-on-the-american-public/.

[3] Lisa Simunaci, *Operation Warp Speed Refines Vaccine Delivery Plan,* U.S. DEPARTMENT OF DEFENSE, (Nov. 23, 2020), https://www.defense.gov/News/News-Stories/Article/Article/2423700/operation-warp-speed-refines-vaccine-delivery-plan/ (noting, "'Operation Warp Speed,' will hasten the delivery of that vaccine by conducting steps concurrently that normally would be conducted sequentially, senior administration officials said. Operation Warp

advancing the uptake of the vaccine in the government sector differently than could be done in the private sector.[4] Such did not prevent the Defense

Speed is a partnership among components of the Department of Health and Human Services, as well as the Defense Department.").

[4] The government had the power, through Executive Orders, to mandate for the military and government employers and contractors, power that was greater than that over the private sector. Yet, the Biden Administration's announcement on September 9, 2021 went beyond its role as employer mandating the Covid-19 vaccine to creating a unity of interest between government and business, a unity that was at odds with a large percentage of workers and with laws, such as Title VII. The leading Human Resource organization, the Society for Human Resource Management (SHRM) captured the interplay between the government and business, and particularly the role of government as facilitator, and encourager, of business mandates, again, at odds with a large percentage of workers, as described below. Notably in the article, SHRM was careful to advise of the rights of individuals to receive medical and religious exemptions, something President Biden in his speech deliberately left out, except with very general language: "to the extent consistent with applicable law" and "with exceptions only as required by law." SHRM was more specific, referring to the ADA and Title VII specifically, in its overall reporting on views as to the interplay between government and business, and mandates:

"Research from the Society for Human Resource Management (SHRM) found that 28 percent of employed Americans say they won't get the COVID-19 vaccine even if it costs them their job.

The presidential announcement 'is a real game changer for many employers,' said Steve Bell, a partner at the international law firm Dorsey & Whitney in Denver. 'The fact that the largest employer in the U.S. is mandating vaccines will *give comfort to* private employers that have been hesitant to require vaccines. It may also *set the standard* for what a reasonable employer should be doing in the face of this continuing epidemic.'

Chelsea Smith, a labor and employment attorney in the Oklahoma City office of Hall Estill, added that private-sector employers should seek legal advice and be sure to craft a mandatory vaccine policy that provides for exemptions for people with qualified disabilities, as defined under the Americans with Disabilities Act, and for people with sincerely held religious beliefs, as defined under Title VII of The Civil Rights Act.

'This is the first vaccine mandate ever applicable to private employers,' said Kathryn Bakich, health compliance practice leader and senior vice president at employee benefits consulting firm Segal in Washington, D.C. 'Employers are moving toward mandatory vaccination policies at great speed. Those that are not mandating vaccines are considering whether they can implement premium differentials in their health plans to penalize employees who won't get the vaccine. Wellness regulations currently permit incentives and penalties for taking legitimate health-related steps, so a COVID-19 vaccination incentive should be permissible. I would expect that the Biden administration would move *to help employers by explicitly issuing guidance to permit these incentives*.'"

Roy Maurer, *Biden Orders Vaccination Mandates for Larger Employers, Federal Workforce, Under upcoming rule, companies with more than 100 employees must require vaccinations or weekly testing, SHRM*, (September 9, 2021)

COMPLAINT AND JURY DEMAND - 10

Department from working closely and jointly (one of the criteria of the state action doctrine) with private entities, including monoliths, or behemoths, like Disney.

    i.  It is no secret that the Government worked with Disney during World War I and World War II – it was a significant part of the war effort in both wars. There was joint involvement. Their partnership continues to this day in overt and covert ways (encouragement, whether overt or covert, is also one of the criteria for finding state action).[5]

    ii.  It is well-known that the Defense Department has exercised direct editorial control over Disney's content. That control does not stop at content but extends to direct, indirect and covert encouragement as it pertains to policies and practices, such as vaccination requirements.

    iii.  The symbiotic relationship includes the fact that the Defense Department occupies and maintains land, land it owns, at Walt Disney World, Orlando Florida. It is the only Armed Forces Recreation Center in the continental United States.

    iv.  Consistent with this symbiotic relationship, and reflective of the deep

---

https://www.shrm.org/resourcesandtools/hr-topics/talent-acquisition/pages/federal-vaccine-mandate.aspx (emphasis added).

[5] *Brentwood Academy*, *infra* note 31.

COMPLAINT AND JURY DEMAND - 11

ties, is the fact that retired United States Army Major General, Joe Potter, was recruited to oversee the construction of Walt Disney World, and Navy Rear Admiral, Joe Fowler, went on to manage the land. The involvement of high-ranking military officers in the creation and leadership of Walt Disney World is not merely historical trivia — it evidences a foundational relationship between Disney and the federal government, one that reflects a long-established pattern of collaboration and alignment, including in the realm of public messaging. This collaboration manifested most visibly in the building and maintenance of physical infrastructure but also — less overtly, though still visibly — revolved around the delivery of messaging and image, particularly during major national efforts like the World's Fair and, more recently, COVID-19 vaccine messaging. As the Supreme Court recognized in *Brentwood Academy*, past government involvement—even if informal or indirect—can establish the kind of longstanding, pervasive entwinement that supports a finding of state action.

1. Joe Potter's military experience was both distinguished and directly relevant to the joint relationship between the military and Disney.

   a. The Walt Disney Archives explains the significant

role and involvement between Disney and the Defense Department, describing Potter's unique qualifications, suited for a clearly interconnected relationship.

> "Walt Disney recruited the retired United States Army major general," Joe Potter "to oversee the early construction of Walt Disney World..." In this task he "transform[ed] 300 acres of Florida land into the Magic Kingdom...."

Disney began to develop its voice. To be clear it did so, with significant military men. Joe Potter was not your "average Joe." As the archives explain, "Born in Oshkosh, Wisconsin, on July 17, 1905, Joe graduated from the United States Military Academy at West Point, the Massachusetts Institute of Technology and the National War College in Washington, D.C." The archives further explain his role and the unique fit for an essentially military private partnership:

> "During World War II, he directed logistical planning for the invasion of Northern France.... After the war he served in Washington, DC, as assistant chief of engineers for Civil Works and Special Projects.
>
> In 1956, President Dwight D. Eisenhower appointed Joe to serve as the governor of the Panama Canal Zone."
>
> ...

COMPLAINT AND JURY DEMAND - 13

> Soon after his 'retirement,' he became executive vice president of the 1964-65 New York World's Fair, charged with construction of the federal and state attractions. These included 26 state pavilions and the $17-million United States pavilion.
>
> During this time he met Walt Disney, joining the Company in 1965 as its vice president of Florida Planning. In that role, Joe oversaw construction of the Park's entire infrastructure; this included underground utilities and sewer, power, and water treatment plants that were considered revolutionary at the time. He also developed drainage canals for the entire property, which were known as 'Joe's ditches.'"

  b. Joe Potter worked alongside another military notable on the project.

2. Another not so average Joe: While Joe Potter prepared the land, and oversaw the construction, Joe Fowler, "went on to manage its operations after it opened."[6] According to Walt Disney Archives, Joe Fowler was another distinguished military man, a Navy Rear Admiral.

  a. "Born on July 9, 1894, in Lewiston, Maine, Joe graduated second in his class at the U.S. Naval Academy in 1917. He graduated from Massachusetts Institute of Technology with a master's degree in naval architecture in 1921. A veteran of both world wars, Joe designed and supervised the building of

---

[6] Walt Disney Archives, WALT DISNEY, https://d23.com/walt-disney-legend/joe-fowler/.

COMPLAINT AND JURY DEMAND - 14

gunboats in Shanghai, China, during the 1920s; he later designed and built aircraft carriers, including the U.S.S. Lexington and the U.S.S. Saratoga, which were the largest aircraft carriers of World War II. He was also in charge of all U.S. Navy work conducted in the West Coast shipyards during World War II."[7]

b. Prior to his work with Disney, "in 1952 President Harry S. Truman appointed him civilian director of the Federal Supply Management Agency with a mandate to root out waste in the military."[8]

3. That Disney utilized military men in the construction and management of its parks is not in and of itself sufficient to justify state action. However, it is relevant evidence as part of an overall contextualization of the interworkings between the Defense Department and the private business Disney, **particularly since the military owns land in Disney World** (See Paragraph 60 (b) (v))., and as Disney served then and serves now as a significant messaging platform to the American public. Moreover, as the pattern of Disney

---

[7] *Id.*

[8] Wolfgang Saxon, *Joseph Fowler, 99, Builder of Warships And Disney's Parks*, N.Y. TIMES, Dec. 14, 1993, https://www.nytimes.com/1993/12/14/obituaries/joseph-fowler-99-builder-of-warships-and-disney-s-parks.html.

employing significant military officials and high-level government officials, post government employment, continues to this day, particularly with respect to government actors involved in COVID-19 operations, it reflects entwinement.

4. While one might initially view this alignment as a matter of practical fit—military experience in constructing complex systems aligning with theme park infrastructure, or government-level health and safety expertise informing large-scale event operations—the deeper reality, as further detailed below, reveals a more profound intermingling of government objectives and private capabilities. This includes the leveraging of government personnel, infrastructure, and influence to further shared messaging goals, with Disney acting as both a platform and partner in the dissemination of federally aligned public messaging.

v. Walt Disney was himself a government actor, and though his government role ultimately changed it did not change the essential relationship between the "World" and the Government- with messaging being a key feature of the relationship.

COMPLAINT AND JURY DEMAND - 16

1. Walt Disney was an FBI informant.[9] Walt Disney was made a 'full Special Agent in Charge Contact' in 1954."[10]

2. The relationship was far more than the actions of a private person. It was a business government partnership, even in this role: "What Hoover got in return. In return for Disney's information, J. Edgar Hoover, the Director of the bureau, allowed Disney to film in F.B.I. headquarters in Washington. For his part, Disney allowed Hoover access to some Disney scripts, and made slight changes in a few lesser-known movies and an episode of 'The Mickey Mouse Club' television show to mollify the director."[11]

vi. Disney's current involvement with the Defense Department includes the same kind of involvement revealed in the FOIA documents regarding Walt Disney. These documents show significant influence

---

[9] Herbert Mitgang, *Disney Link To the F.B.I. And Hoover Is Disclosed*, N.Y. TIMES, May 6, 1993, https://www.nytimes.com/1993/05/06/movies/disney-link-to-the-fbi-and-hoover-is-disclosed.html (noting: "From 1940 until his death in 1966, Walt Disney served as a secret informer for the Los Angeles office of the Federal Bureau of Investigation, according to documents that have come to light under the Freedom of Information Act.").

[10] *Id.*

[11] *Id.*

over content.[12]

    1. Professor Roger Stahl writes in an LA Times Op Ed: "Until recently, the scholarly consensus had been that this phenomenon was isolated to perhaps a couple of hundred films. In the past five years, however, my small group of researchers has acquired 30,000 pages of internal Defense Department documents through Freedom of Information Act requests and newly available archives at Georgetown University, which show that the Pentagon and the Central Intelligence Agency have exercised direct editorial control over more than 2,500 films and television shows."[13]

vii.    Much as Hoover was allowed content influence through Walt Disney, today the Defense Department is responsible for hundreds of millions of dollars in Disney revenue, because of the military's involvement in Marvel feature films. It has been reported that without the Defense Department's provision of military equipment the Marvel films

---

[12] Roger Stahl, *Op-Ed: Why does the Pentagon give a helping hand to films like 'Top Gun'?*, LA TIMES, May 30, 2022 3:15 AM PT, https://www.latimes.com/opinion/story/2022-05-30/top-gun-maverick-memorial-day-tom-cruise-pentagon-propaganda.

[13] *Id.*

would not have been made. Air University (Air University is the U.S. Air and Space Force's center for professional military education (PME)) reports: "Tom Secker, the author of National Security Cinema and an expert on US military-Hollywood relations, states that 'without the Pentagon's support, it is possible that the Marvel Universe wouldn't have become the world's biggest film franchise. The first two Iron Man films benefited from large-scale production assistance from the USAF."[14] This was no small role. Disney's purchase of Marvel has led the company to have "more than quadrupled its money."[15]

39.    There can be no doubt that the government benefits from its symbiotic relationship.[16]

---

[14] Frank Martinez, *Reaching a New Audience: Strengthening the US Air Force through the Marvel Cinematic Universe*, AIR UNIVERSITY, Jul. 12, 2022, https://www.airuniversity.af.edu/Aether/Perspectives/Article-Display/Article/3090461/reaching-a-new-audience-strengthening-the-us-air-force-through-the-marvel-cinem/#:~:text=Tom%20Secker%2C%20the%20author%20of,the%20world's%20biggest%20film%20franchise.

[15] Jane Kleinman, *13 Years Ago, Disney Bought Marvel — and Changed Movies Forever, In 2009, Disney swooped in and bought the nascent Marvel Cinematic Universe for $4B.*, INVERSE, Sep. 1, 2022, https://www.inverse.com/entertainment/why-did-disney-buy-marvel. *See also*, Samuel Pennifold, *Disney and the US Department of Defense – weaponising streaming*, KING'S BUSINESS REVIEW, Jul. 14, 2021, https://kingsbusinessreview.co.uk/weaponising-streaming (noting: "The purchase of Marvel in 2009 has been a masterstroke, with global box office ticket revenue of the Marvel Cinematic Universe equating to more than $23 billion alone. Under Iger's leadership, Disney's market capitalization also increased from $48 billion to $257 billion."). (King's Business Review is a publication of King's Business Club, the largest student led business and finance society in London.)

[16] As an example, it is reported that recruitment shot up following the Defense Department's "partnership" with Paramount Pictures, one of Disney's chief competitors:

40.    The Defense Department's relationship to Disney is not a backdrop, and it is not a collateral matter. The United States government has gone to great lengths to bring the vaccine to the whole United States citizenry. A relationship as strong and intertwined as that between the Defense Department and Disney, who owns 80% of ESPN, qualifies Defendants for treatment as a state actor.[17]

---

"[F]or the Navy, Top Gun was more than just a movie. It was a recruitment bonanza.

Military recruiting stations were set up outside movie theaters, catching wannabe flyboys hopped up on adrenaline and vibes. Others enlisted on their own. Interest in the armed forces, primarily the Navy and the Air Force, rose that year, though it's unclear just how much. Naval aviator applications were claimed to have increased by a staggering 500 percent."

Alissa Wilkinson, *The long, long, twisty affair between the US military and Hollywood, For the Pentagon, films like Top Gun: Maverick are more than just a movie,* VOX, May 27, 2022, 8:00am EDT, https://www.vox.com/23141487/top-gun-maverick-us-military-hollywood. Paramount and Disney compete for, *inter alia*, the Defense Department's favor.

[17] Disney's importance to the government's objective can be seen in the placement of Disney CEO Bob Chapek at Biden's important business meeting with top CEOs, September 15, 2021, one week after announcing the Administration's rules intending to require vaccination or testing for companies with more than 100 employees. Chapek is seated separated from Biden by only Kaiser's CEO and counsel to the president. Access and optics are, of course, important indicators of the existence, extent and importance of joint relationships. *See e.g.*, Christina Wilkie, *Biden touts employer vaccine mandates at meeting with top execs from Microsoft, Walgreens and others*, CNBC, Sep. 15, 2021, 9:47 AM EDT Updated, Wed. SEP 15 20215:27 PM EDT, https://www.cnbc.com/2021/09/15/biden-to-push-vaccine-mandates-in-meeting-with-top-execs-from-microsoft-walgreens-others.html. Noteworthy, in this regard, Kaiser also has extensive ties to the Defense Department, and to Disney and the Defense Department. Henry J. Kaiser, who is the co-founder of Kaiser Permanente, was instrumental in World War II, and is regarded as the father of modern American shipbuilding. Kaiser and Disney worked together significantly with the Defense Department. Kaiser describes the relationship as:

The historic connections between Kaiser (Kaiser Industries and Kaiser Permanente) and Disney (Walt Disney Studios and Disneyland) are longer than the bobsled ride down the iconic Matterhorn. During World War II, when Henry J. Kaiser was building hundreds of ships for the war effort, Walt Disney Studios was producing posters for the War Manpower Commission encouraging home front workers to be productive."

Kaiser Permanente, *Kaiser and Disney — spreading fun and health since World War II*, about.kaiserpermanente.org, Jan. 3, 2017, https://about.kaiserpermanente.org/who-we-are/our-history/kaiser-and-disney-spreading-fun-and-health-since-world-war-ii. The optics and the reality is this was a war effort, a government business joint action.

41.     The policies and procedures are being dictated and implemented based on this overarching relationship.[18] CEO Bob Chapek's presence at the Biden Administration's business summit reflects the active involvement of the highest level of management.[19]

42.     Additional management at Disney came directly from the Biden Administration, and from the Biden Administration's vaccine effort. For example, Kristina Schake, who headed the Covid-19 vaccine education campaign of the Biden Administration, was selected by Disney as its new executive vice president of global communications. Disney's own website refers to her as "working at the *nexus* of government, media, business, entertainment, and technology."[20] (emphasis added). The close nexus continues, of course, when she works on the private side of the house. Disney describes Schake's important role, noting she is "responsible for Disney's worldwide communications strategy and operations, and serves as lead spokesperson for the Company."[21] The close nexus also includes Disney's naming of former Pentagon Press Secretary

---

[18] It is one thing to work together to build ships and put out encouraging posters during war time, it's another to work together using the same tactics to force inoculations to the point of denying a religious exemption.

[19] *Id.*

[20] The Walt Disney Company, https://thewaltdisneycompany.com/leaders/kristina-schake/.

[21] Schake's government involvement is not insignificant:

"Prior to joining Disney in April 2022, Ms. Schake spent three decades working at the nexus of government, media, business, entertainment, and technology. Most recently, she was appointed by President Biden to lead the nationwide COVID-19 vaccine campaign, managing the federal government's $1 billion national public education initiative. Prior to that, Ms. Schake was Global Communications Director for Instagram, where she served as a primary advisor to the company's founder and CEO, and oversaw the communications and digital divisions in North America, Latin America, Europe and Asia.

Ms. Schake has served at the highest levels of government, as Communications Director for First Lady Michelle Obama and Deputy Communications Director for Secretary Hillary Clinton's 2016

Geoff Morrell, "to the newly created position of chief corporate affairs officer, overseeing corporate communications, government relations and global public policy."[22]

43.    The vaccine policy was set at a level of management where this Defense Department relationship was an integral part of all decision making. More broadly, the government was an integral part of decision making as pertains to the vaccine. The very same day that the Biden Administration "called on leaders in the private and public sector to implement vaccine requirements, saying it will push millions more Americans to get vaccinated," [23] Bob Chapek responded to Biden's call. Biden had stated, or ordered, "If you're a business leader, a nonprofit leader, a state or local leader, who has been waiting for full FDA approval to require vaccinations, I call on you now to do that. Require it."[24]

44.    Chapek, on Jim Cramer's Mad Money that very day stepped up, and Cramer noted something already making the rounds. "Cramer: I understand that you have a very tough

---

presidential campaign. Previously, she spent several years as the senior communications strategist for California First Lady Maria Shriver, the California Women's Conference, and the California Endowment's Building Healthy Communities Initiative. Additionally, Ms. Schake co-founded the American Foundation for Equal Rights, which led the successful bipartisan public awareness campaign and legal challenge to restore marriage equality in California. She began her career as a speechwriter for Los Angeles Mayor Richard J. Riordan."

*Id.*

[22] Dawn Chmielewski, *Disney names former Pentagon press secretary as corporate affairs head*, REUTERS, Dec. 7, 20212:43 PM EST. https://www.reuters.com/business/media-telecom/disney-names-former-pentagon-press-secretary-corporate-affairs-head-2021-12-07/.

[23] Kate Sullivan, CNN, *Biden encourages Americans who have been waiting for full FDA approval to get their Covid vaccination: 'Get it today'*, Aug. 23, 2021, CNN, https://www.cnn.com/2021/08/23/politics/biden-fda-approval-covid-remarks/index.html.

[24] *Id.*

policy on vaccinations."[25] Apparently, word was getting around in the media industry. Cramer mentioned another CEO's requirement, and then repeated: "Frankly, I'm hearing you are being *very*, *very* adamant on vaccinations."[26] Chapek replied by noting that, "We have about a quarter of a million cast members that we'd love to see vaccinated."[27] He clearly is including all of Disney's employees, including ESPN employees, as that would be the top number of employees Disney had. If Disney's Chapek wanted to send a message to all employees, subsidiaries and divisions included, using the top end number would be the way to do it. Notably, Disney regarded its Connecticut operations as significant. It features, in its 2021 Annual Financial Report, Connecticut as one of only three centers it set up nationwide, as part of its Covid-19 policy, noting that it: "Provided the ability for our employees to get vaccinated by offering on-site distribution in California, Florida, and Connecticut."[28]

45.    ESPN's spokesperson Mike Soltys stated publicly that the Disney vaccine policy applies to ESPN employees.[29]

---

[25] Sarah Whitten, *Disney World reaches deal with unions to require Covid-19 vaccinations for unionized employees*, CNBC, Aug. 23, 2021, https://www.cnbc.com/2021/08/23/disney-world-to-require-covid-19-vaccinations-for-unionized-employees-.html.

[26] *Id.*

[27] *Id.*

[28] The Walt Disney Company, *2021 Annual Financial Report*, 5 (2021) https://www.sec.gov/Archives/edgar/data/1744489/000174448921000220/dis-20211002.htm.

[29] *See* Justin Muszynski, *ESPN employees included in decision by Walt Disney Co. to mandate covid-19 vaccine*, The Bristol Press, Aug. 2, 2021, http://www.bristolpress.com/BP-Bristol+News/394140/espn-employees-included-in-decision-by-walt-disney-co-to-mandate-covid19-vaccine.

COMPLAINT AND JURY DEMAND - 23

46.    The idea of questioning the interaction between government, particularly, the Defense Department, and the entertainment industry is not a novel or even outside the mainstream exercise: the relationship is frequently reported and questioned.[30] There are clearly cases that fall outside of the intertwined nature that exists between Disney and the Defense Department. However, when the nature is intertwined, and there is a "close nexus" between the state and the action in question then the state action doctrine is applicable.

47.    To be clear, the alignment between Disney and the federal government—reflected in both the selective portrayal of the military and the aggressive promotion of COVID-19 vaccination messaging—raises concerns about institutional bias. This bias, carried out for mutual benefit, casts doubt on the neutrality of Defendants' enforcement of the vaccine policy and suggests that the burden imposed on Plaintiff's religious beliefs was not the result of a neutral,

_____

[30] As an example, The Guardian notes:

> "Marvel and Disney's long histories of collaborating with the US government, in particular the FBI and the Pentagon, to create propaganda – in exchange for military equipment, location access and consultation – is reason for concern."

Akin Olla, *Is WandaVision ... Pentagon propaganda?*, THE GUARDIAN, Mar. 9, 2021 06.15 EST, https://www.theguardian.com/commentisfree/2021/mar/09/wandavision-pentagon-propaganda-marvel-disney-fbi.

The bias is apparent. For instance, Harper's editor Lewis Lapham describes the Pentagon's preference for positive treatment:

> "'ABC News reporters were not able to go anywhere near the war in Afghanistan,' Lapham said with some exaggeration, but ABC's parent, the Walt Disney Co., hired Hollywood producer Jerry Bruckheimer to make a 13-part series on the war 'with the full cooperation of the Pentagon.'
>
> 'The media always wants to reduce it to a fairy tale,' he said. 'You can't tell the difference between the war in Afghanistan and "The Fellowship of the Ring." Even the names are similar.'"

Dan Fost, *Harper's editor laments rise of corporate news purveyors*, SFGATE, Apr. 24, 2002, https://www.sfgate.com/business/article/Harper-s-editor-laments-rise-of-corporate-news-2847683.php.

generally applicable mandate, but rather the product of symbiotic alignment with government-preferred narratives. Such institutional bias is relevant under RFRA in evaluating whether Defendants' actions truly served a compelling interest through the least restrictive means.

48.     In April 2022, the Department of Defense announced it would be holding the Defense Department Warrior Games at the ESPN Wide World of Sports Complex at Walt Disney World Resort. In August 2022, it was the first time the event was ever held there since the inception of the Games in 2010. The event was scheduled to be held at the ESPN Disney Complex in 2021, but the 2021 event was cancelled due to Covid-19 restrictions. The timing of the grant of the Games to the Disney venue is not insignificant in light of the relationship between the Defense Department, Disney, ESPN and the vaccine policies.

49.     There is no dispute that the Defense Department was looking to partner with private business in its effort to vaccinate. There is a point, as applies here, where partnership goes beyond independent entities working voluntarily toward a shared mission and becomes entwinement, such that they can be considered a state actor. Here, there are sufficient facts that show independence is lost, and that personal career success and the private business' success is dependent upon being in lockstep with the government.[31]

---

[31] Cases referring to the criteria of: "significant encouragement, either overt or covert"; "willful participant in joint activity with the State or its agents"; "entwined with governmental policies," and others are cited in the seminal state action case:

> "Our cases have identified a host of facts that can bear on the fairness of such an attribution. We have, for example, held that a challenged activity may be state action when it results from the State's exercise of 'coercive power,' *Blum*, 457 U. S., at 1004, when the State provides 'significant encouragement, either

50.    The facts show that, additionally, the backdrop is the delegation of a public function to a private enterprise: Defendant was entrusted with responsibility by the government to perform a traditional government function. Disney has over 220,000 employees. While the number of people under its control is not the size of a small state, sitting at just under one half of the smallest state Wyoming, its reach is far broader. Its revenue is, of course, far greater than that of the government of Wyoming, which has just over $10 billion in revenue. Disney's revenue for 2022 was $82.72 billion[32] making it larger than 47 of the 50 United States, ranking it third behind only California and New York. (Everything's bigger in Texas – except Disney revenue, just beating it out, and the revenue of California and New York.) It's no wonder that the federal government turns to a behemoth like Disney, with long established ties to the Defense Department to delegate this public function.[33] And Disney is what it is today because it turns to the government (and has since its inception), jointly working together to create a real magic

_____

overt or covert,' *ibid.*, or when a private actor operates as a 'willful participant in joint activity with the State or its agents,' *Lugar, supra*, at 941 (internal quotation marks omitted). We have treated a nominally private entity as a state actor when it is controlled by an 'agency of the State,' *Pennsylvania v. Board of Directors of City Trusts of Philadelphia*, 353 U. S. 230, 231 (1957) (*per curiam*), when it has been delegated a public function by the State, cf., e. g., *West v. Atkins, supra*, at 56; *Edmonson v. Leesville Concrete Co.*, 500 U. S. 614, 627-628 (1991), when it is 'entwined with governmental policies,' or when government is 'entwined in [its] management or control,' *Evans v. Newton*, 382 U. S. 296, 299, 301 (1966)."

*Brentwood Academy v. Tennessee Secondary School Athletic Assn.*, 531 U.S. 288, 296 (2000).

[32] companiesmarketcap.com, *Revenue for Walt Disney (DIS),* https://companiesmarketcap.com/walt-disney/revenue/#:~:text=According%20to%20Walt%20Disney's%20latest,sale%20of%20goods%20or%20services (last visited Jan. 6, 2023).

[33] The importance of the activity being a traditional public function is discussed in *Brentwood Academy. See Brentwood Academy, supra* note 31.

COMPLAINT AND JURY DEMAND - 26

kingdom with the power of government - and a palace to boot.[34]

51.    Whether little governments and kingdoms on earth - with policies and procedures of little kingdoms and big governments - or fantasy worlds in the movies featuring military heroes, Disney is entwined with the military and the Defense Department.

## ADDITIONAL ENTANGLEMENTS

52.    Donald Baruch, a special assistant for audiovisual media at the Pentagon, beginning in 1949 until his retirement in 1989, played a key role in reviewing and approving scripts for films like "Top Gun" and other Disney military-related productions, ensuring they followed Pentagon guidelines. The Pentagon, according to Baruch, "couldn't buy the sort of publicity films give us," highlighting the value of military-related films for public relations. "But there is a catch. Before a producer receives military assistance for a TV or movie project, the screenplay is reviewed by officials at the Department of Defense and by each of the services involved." Added Jacob V. Lamar Jr. author of the November 1984 edition Time magazine article titled "The Pentagon Goes Hollywood".[35] Daniel Dancis an Archivist in the Textual Processing Branch at the National Archives, College Park, explains: "[T]he Department of

---

[34] This point is apart from the point that The Walt Disney Company, by virtue of its total control and ownership over Florida public entity and governmental agency, the Reedy Creek Improvement District (RCID), a special governing district, is also state agency.

[35] The Pentagon Goes Hollywood, Time, Jacob V. Lamar, Jr., Nov. 24, 1986 12:00 AM EST, available at https://time.com/archive/6707767/the-pentagon-goes-hollywood/.

Defense (DoD) has maintained a staff dedicated to working with the movie and television industry since 1949. Their records, which attest to a long and enduring relationship between filmmakers and the armed forces, can be found in the National Archives. And among the documents, the researcher will notice that the name Donald E. Baruch appears again and again. For four decades, Baruch served as the Pentagon's primary liaison with the motion picture industry." Dancis provides an example of a submission for the Defense Department's approval submitted by Disney.[36]

53.     Another Disney Defense Department entwinement, the Chairman and former CEO of Marvel Entertainment and one of the largest shareholders of Disney, Isaac Perlmutter, a veteran of the Six-Day War in 1967,[37] went on to be investigated by Congress[38] in 2021 for being allegedly a shadow head of the Department of Veteran Affairs during the Trump Administration.[39] Perlmutter and two others were involved in "all manner of policy and

---

[36] With the Pentagon's Blessing: Hollywood, the Military, and Don Baruch, March 1, 2018, by D Dancis, National Archives, The Text Message, available at https://text-message.blogs.archives.gov/2018/03/01/with-the-pentagons-blessing-hollywood-the-military-and-don-baruch/.

[37] Forbes Profile, *Isaac Perlmutter, Chairman, Marvel Entertainment*, https://www.forbes.com/profile/isaac-perlmutter/?sh=47583df56caf (last updated Jan. 6, 2023).

[38] Kevin Breuninger, Marvel Entertainment chairman, others accused of breaking law in Veterans Affairs scheme under Trump, CNBC Sep. 27, 2021, 11:41 AM EDT, Updated Sep. 28, 2019 9:06 AM, https://www.cnbc.com/2021/09/27/marvel-chairman-accused-of-breaking-law-in-va-scheme-under-trump.html

[39] Isaac Arnsdorf, *Inside Trump's VA, The Shadow Rulers of the VA, How Marvel Entertainment chairman Ike Perlmutter and two other Mar-a-Lago cronies are secretly shaping the Trump administration's veterans policies,* Aug. 7, 2018, 6:29 p.m. EDT, https://www.propublica.org/article/ike-perlmutter-bruce-moskowitz-marc-sherman-shadow-rulers-of-the-va.

personal decisions."[40] Among the reported events: "Perlmutter convened a series of conference calls with executives at Johnson & Johnson, leading to the development of a public awareness campaign about veteran suicide."[41] Perlmutter later appeared with executives from Disney who "joined Johnson & Johnson as sponsors of the Veterans Day event at the stock exchange. [Former VA secretary David] Shulkin rang the closing bell standing near a preening and flexing Captain America, with Spider-Man waving from the trading pit, and Marvel swag distributed to some of the attendees. 'Generally the VA secretary or defense secretary don't shill for companies,' the leader of a veterans advocacy group said."[42]

54. When the dividing lines between government and business become so blurred, when the distinctions become so muddled, the divisions erased, it is likely not because "it just happens" but rather because it is by design: cross-sector social interactions is a thing. It is a real thing. The Disney Defense Department interaction meets the definition of a cross-sector partnership. Professors Clarke and Crane state the reality: "Cross-sector partnerships—by which we mean relatively intensive, long-term interactions between organizations from at least two sectors (business, government, and/or civil society) aimed at addressing a social or

---

[40] *Id.*

[41] *Id.*

[42] *Id.*

environmental problem—are now a fixture in management research and practice."[43] Not every one of them results in the performance of a public function by a private entity, but when one does, as is the case here, it warrants treatment of the private business as a state actor.

55.     As the noted social scientist, communications expert, and consultant to the U.S. government Harold Lasswell explained in a 1927 publication entitled *Propaganda Technique in the World War*:

> During the war-period, it came to be recognized that the mobilization of men and means was not sufficient; there must be a mobilization of opinion. Power over opinion, as over life and property, passed into official hands. Indeed, there is no question but that government management of opinion is the unescapable corollary of large-scale modern war. The only question is the degree to which the government should try to conduct its propaganda secretly.[44]

56.     After all, a one page diktat to 220,000 people doesn't simply engender nearly 100%[45] obedience without an effort to shape opinion, a massive effort. The kind of effort that

---

[43] Clarke, A. and Crane A., *Cross-Sector Partnerships for Systemic Change: Systematized Literature Review and Agenda for Further Research*, J BUS ETHICS 150, 303–313 (2018). https://doi.org/10.1007/s10551-018-3922-2.

[44] Harold Lasswell, *Propaganda technique in the world war,* 14-15 (2013).

[45] The number of ESPN employees who took the vaccine is unknown, however the major professional sports associations have been very public in reporting their extraordinary uptakes. *See e.g.*:

> "Around 67% of eligible Americans are fully vaccinated, according to the Centers for Disease Control and Prevention. Meanwhile, leagues such as the NBA, NFL and MLS have rates greater than 90%, with the NHL and WNBA at over 99%."

Meredith Deliso, *How professional sports leagues got most players vaccinated -- without mandates, A small number of holdouts have made headlines for not getting the shot.* ABC NEWS, Oct. 21, 2021, 5:48 AM, https://abcnews.go.com/Sports/professional-sports-leagues-players-vaccinated-mandates/story?id=80668945.

Of course, funding for professional sports comes from the leaders in the communications industry, leaders such as ESPN and ABC Sports owned by Disney. For example, ESPN reportedly pays to the NBA $2.6 billion per year. "This nearly triples what the NBA currently makes off of TV and digital rights." KPCC, *New NBA TV deal is a cash*

requires government and private business entwinement.

57.    The September 9, 2021 termination of prominent and public interfacing Disney employees, and November 2021 terminations of a notable Disney employee each shortly after the date of President Biden's announcement of a business mandate, were more than just symbolic, they were part of a very orchestrated and choreographed partnership between government and business – nowhere did the Biden Administration say that exemptions would not be granted, nor that they would be disfavored, though nowhere did the Biden Administration extend such assurances to people such as the prominent Disney employees that they would not be wrongfully ousted or that there would be severe penalties for such egregious behavior on the part of private businesses that discriminate.[46]

58.    Defendants erred in their zeal to be the shining star of the government's arsenal to implement vaccine mandates by going too far. As merely one example of the pervasive insensitivity of the rights of individuals to seek religious and medical exemptions endorsed by Defendants, ESPN's top pundit, Steven A. Smith, paid $12 million per year, engaged in a public

_____

*injection for league and players,* Jun. 8, 2014, https://www.kpcc.org/show/take-two/2014-10-07/new-nba-tv-deal-is-a-cash-injection-for-league-and-players. There is obviously a ripple effect with the influence of the government relationship on Disney and ESPN flowing to the sports leagues that depend upon them. The Disney/ESPN clout with and influence over the NBA was increased during the Covid-19 pandemic. Disney/ESPN teamed up with the NBA, of course, to bring the playoffs to "the Bubble" as it was called, where the NBA held the final regular season games and playoffs of the 2020-2021 season, utilizing the ESPN Wide World of Sports Complex at Walt Disney World for games and Disney hotels for the players to stay.

[46] *See supra* note 4.

debate with LeBron James as to James's unwillingness to disclose whether he was vaccinated, in May 2021. Interviewed on CNN, by Don Lemon, Smith was careful not to say James should get vaccinated – Lemon did that work for him, as they double-teamed against James.[47] Smith kept his criticism to the fact that James would not say whether he was or wasn't and to minimizing any legitimate opposition that might exist in the world.[48] From every angle, whether the

---

[47] See CNN, *Stephen A. Smith criticizes LeBron James vaccination comments,* May 25, 2021, https://www.youtube.com/watch?v=aQNUPzfvSMo. Smith also acknowledges that "optics matter" in his aggressive campaign to influence people to take the vaccine. Smith made the point, stating "optics matter," as he chided NBA superstar LeBron James, who is normally outspoken on issues, for James's not sharing his vaccination status when asked. Smith certainly wasn't saying in this segment James should come out and say he was not vaccinated, and to express some legitimate reason, such as a religious exemption – no mention whatsoever that there might be a legitimate reason for not taking the vaccine. Smith's tone and everything about the segment acted as if there could be no good reason for opposing the vaccine. Shaping the optics, shaping the way things look, was a massive part of delivering on the Defense Department's objectives.

[48] Smith later, January 18, 2022, shares his Covid-19 brush with death, a story that shares the horrors of Covid-19 but also serves to continue to advance the narrative "take the vaccine":

> "I had 103 degree fever every night. Woke up with chills and pool of sweat. Headaches were massive, coughing profusely and it got to a point, that right before New Year's Eve, I was in the hospital New Year's Eve into New Year's Day, that's how I brought in the new year. And they told me, had I not been vaccinated, I wouldn't be here. That's how bad I was."

New York Post Sports, Stephen A. Smith details scary COVID-19 battle | New York Post, Jan. 18, 2022, https://www.youtube.com/watch?v=2ESLGQ2t0Xk.

Note, Smith does acknowledge publicly, October 13, 2021, "You do have a right not to take the vaccine… everybody has the right to take it or not take it …," in the context of a discussion where he concludes about Kyrie Irving, who didn't take the vaccine, "to me he's being selfish." ESPN, *Stephen A. questions Kyrie Irving's stance on the vaccine mandate | First Take*, Oct. 13, 2021, https://www.youtube.com/watch?v=eh7d1r63-2A.

Smith becomes the ESPN spokesperson taking on those who oppose the vaccination. Rarely did he discuss the issue of religious or medical objection. When he did, he apologized, as when he mistakenly said that Jehovah's Witnesses were anti-vaccine while discussing Andrew Wiggins, who initially opposed the vaccination. *See, e.g.*, Lindsey Ellefson, *ESPN's Stephen A. Smith Apologizes to Jehovah's Witnesses For Falsely Suggesting They Are Anti-Vax;*

*Smith suggested a basketball player was hesitant to get the jab because of his religion*, THE WRAP, Feb. 3, 2022, 10:06 AM, https://www.thewrap.com/espn-stephen-a-smith-jehovahs-witnesses-apology/. The silence was deafening as to his views on those who rightfully oppose on the grounds of religion.

executives, the management staff, the highest paid pundit, it was a full court press, backed by the strength of the U.S. Defense Department on its Operation Warp Speed mission – a mission that engulfed, not only entwined the private company Disney.[49]

---

[49] Not all of the blurring of the lines between what the government does and what the private entity does crosses into state action. For instance, it is natural that there will be some overlap in the use of resources. As an example, Danny Hillis, who invented one of the world's first supercomputers (by inventing parallel processing) and had the Defense Advanced Research Projects Agency (DARPA) as his first customer later went on to work for Disney. Disney created a brand-new position for him in 1996, Disney Fellow, and Vice President, Research and Development, at Disney's Imagineering. Disney, like the Defense Department, needs and uses supercomputers for the vast amount of data they manipulate. Moreover, they recognized Hillis as a key resource. "'Integration of science and technology as part of our creative process has always been a key element in creating the Disney magic,' said Michael D. Eisner, Disney's chairman and CEO" in announcing Hillis's joining Disney. HPCwire, *Danny Hillis Named First Member of Disney Fellows Program*, May 17, 1996, https://www.hpcwire.com/1996/05/17/danny-hillis-named-first-member-of-disney-fellows-program/.

Disney, as Hillis tells the story of how and why he went to Disney, was lucky to have him available as he was looking for some downtime with his young children. Hillis went on to work for Disney for five years, and then years later, after leading-edge technology work, was appointed by Secretary of Defense Ash Carter to the Defense Department's Innovation Board. U.S. Department of Defense, Secretary Carter Names Additional Members of Defense Innovation Advisory Board, Jul. 26, 2016, https://www.defense.gov/News/Releases/Release/Article/857710/secretary-carter-names-additional-members-of-defense-innovation-advisory-board/.

It's natural that business and government will overlap in their needs and use of resources. Hillis, who went to MIT as an undergraduate, and developed software for children, also later, as a graduate student at MIT Computer Science and Artificial Intelligence Laboratory, designed both "tendon-controlled robot arms" and a "touch-sensitive robot skin." *See e.g.*, W. Daniel Hillis, *A High-Resolution Imaging Touch Sensor*, Volume 1, Issue 2, Jul. 2, 2016 https://doi.org/10.1177/027836498200100202.

One curious overlap between the pandemic-related PCR test and Hillis's work is referred to in a 2010 TEDMED Talk he does in which he refers to the PCR technology, and its inventor, Kary Mullis, in regards to the PCR test's value for cancer research. TEDMED, *Danny Hillis at TEDMED 2010*, https://www.youtube.com/watch?v=J85O5F7dVuU. The PCR test became the most widely used test during the Covid-19 pandemic for detecting Covid-19. Apparently, Hillis's work spans robotics, artificial intelligence, computer programing, software and hardware design, supercomputing and genetics.

Hillis co-founded "Applied Proteomics, a company designed to help map proteins within the human body and determine their interactions with cancerous cells and vice versa." Of Hillis's company and work, Datanami, a data science news outlet, explains:

> "It is tough for computers—even those equipped to handle big data—to get their servers around proteins. Sequencing DNA is relatively easy because it operates on a similar foundation to computers—there are

59.     To fully appreciate the entwinement, it's helpful to recognize the connection between Disney Imagineering and the Defense Department. This LA Times article sums it up:

> "Disney Research Chief Joins U.S. Spy Agency
>
> Eric Haseltine is moving from one top secret organization to another.
>
> Walt Disney Co.'s chief of research and development is leaving to become head of research for the National Security Agency, which uses sophisticated technology to gather intelligence, break codes and protect sensitive government information systems.
>
> Haseltine worked for a decade at Walt Disney Imagineering, the company's design and development group. As such, he would seem an unlikely choice for his new government mission. But the worlds of the NSA and Disney Imagineering aren't so dissimilar. Both include a diverse group of top-level scientists and share a penchant for security and secrecy (Disney won't say how many scientists it employs)."[50]

---

four nucleic acids repeating themselves in a random pattern much like information codes itself through ones and zeros

On the other hand, proteins throw a wrench in this model due to a process known as protein folding. In its mRNA form, each protein exists in an identically shaped strand, just as two unique pieces of DNA would."

The article goes on to explain Hillis's work with mRNA. Ian Armas Foster, *Proteomic Research Unfurls Cancer Conundrum*, Jan. 8, 2013, https://www.datanami.com/2013/01/08/proteomic_research_unfurls_cancer_conundrum/.

The work of Hillis, of course, relates to the mRNA technology of the vaccine. When one recognizes this relationship, one must question whether this too reflects an entwinement. Disney's original fellow works at the forefront of the development of mRNA technology. Is Disney's super-vaccine-vigilance based on its personal sympathies toward the vaccine and its benefits or is it based on deeper connections to the government? Hillis's company, of course, is at the forefront of this area of research and development. "The Applied Proteogenomics OrganizationaL Learning and Outcomes (APOLLO) network is a collaboration between NCI, the Department of Defense (DoD), and the Department of Veterans Affairs (VA) to incorporate proteogenomics into patient care as a way of looking beyond the genome, to the activity and expression of the proteins that the genome encodes." Apollo Network, https://proteomics.cancer.gov/programs/apollo-network. Hillis's work which partners with the government seems distant from his work with Disney, and Disney's vaccine mandate, on one level. On another level, they are operating on two very related frontiers, or in Defense Department parlance, fronts.

[50] Richard Verrier, *Disney Research Chief Joins U.S. Spy Agency*, L.A. TIMES, Jul. 17, 2002. The point made in this article we can take in conjunction with the point made in *supra* note 49. Taking them together, it's also worth noting that Danny Hillis's co-founder of Applied Proteomics, David Agus, M.D. became a CBS contributor in May 2013.

60.    Disney's entwinement with the military and the Defense Department is highly relevant to its treatment of the vaccine mandate and those who sought exemptions.[51]

## BOARD OF DIRECTORS

---

During the Covid-19 pandemic he has been a strong advocate of the vaccine. CBS notes: "Dr. Agus is an international pioneer in biomedical research and healthcare technologies, and he's considered one of the world's leading physicians. He's also the New York Times and international best-selling author of 'The End of Illness,' 'A Short Guide to a Long Life,' and 'The Lucky Years: *How to Thrive in the Brave New World of Health*.'" CBS News Team, David Agus, M.D. Feb. 14, 2017 12:18 PM, https://www.cbsnews.com/team/dr-david-agus/. Based on what we know about Eric Haseltine, who worked closely with David Hillis at Disney, we can safely say there is much more than meets the eye to David Hillis's role, as described in *supra* note 49, with Disney and the Defense Department. As we can see from what we know about Haseltine, Hillis and Agus, their work is closely tied to the government's Covid-19 vaccine initiative (the Defense Department's Operation Warp Speed) and they have a solid history with Disney.

[51] As another example, CSR Monitor reports about the top-secret National Counter Terrorism Center:

"The Central Intelligence Agency, the Defense Department, the Federal Bureau of Investigation, and 15 other federal agencies funnel information through the center. The data include government briefings, satellite photos, classified cables, phone conversations, even gossip and routine threats – tens of thousands of potential intelligence bits a day. Most of it is nonsense, called 'noise' by the spies. But somewhere, amid all the chatter, there's the occasional 'signal' – something of import or interest. And when they find it, the NCTC thrums to life."

Of Disney's role in the National Counter Terrorism Center, it reports the following:

"Later in the tour, Louise Lief, the deputy director of the International Reporting Project at Johns Hopkins University's School of Advanced International Studies, which organized our visit, asked the question we all really wanted to know: Did Disney really help design the center?

'We don't discuss our contractual relationships,' said Wesley, our latest tour guide. (For security's sake, he asked that his last name not be used. Turns out, even his neighbors don't know what he does.) Even so, a quick Google search confirms that, sure enough, Walt Disney "Imagineers" were tapped to help configure the operations center, presumably because they know something about building workspaces that foster creativity and man-machine interaction, not because of their expertise with Snow White."

Alexandra Marks, *Spending a day at the National Counter Terrorism Center; Reporters tour the secret intelligence agency and find computers, intense security, and a touch of Walt Disney*, THE CHRISTIAN SCIENCE MONITOR, Jun. 13, 2007.

61.    Disney's highest level of management, its board of directors, furthered the military and Defense Department objectives.

62.    Sitting atop all of the Disney entities is the Board of Directors and one Derica W. Rice. Mr. Rice, an individual notably on the board since 2019,[52] has an extensive background in the pharmaceutical industry.[53] Rice currently "leads the pharmacy benefits management business of CVS Health."[54] CVS, of course, was, as the Kaiser Family Foundation's Drew Altman describes it, essentially the military's delivery mechanism for the Covid-19 vaccine.[55] As a board

---

[52] Derica W. Rice Nominated to The Walt Disney Company Board of Directors, Jan. 11, 2019, https://thewaltdisneycompany.com/derica-w-rice-nominated-to-the-walt-disney-company-board-of-directors/ (announcing: "The Walt Disney Company (NYSE: DIS) Board of Directors today announced that Derica W. Rice, Executive Vice President of CVS Health and President of CVS Caremark, has been nominated to stand for election as a director at the Company's annual meeting on March 7, 2019.").

[53] Mr. Rice "was formerly the President of CVS Caremark, the pharmacy benefits management business of CVS Health, and Executive Vice President of CVS Health." He was also "employed in various executive positions at Eli Lilly and Company since 1990, most recently serving as Executive Vice President of Global Services and Chief Financial Officer from 2006 to 2017." https://thewaltdisneycompany.com/leaders/derica-w-rice/

[54] *Id*.

[55] Drew Altman, Kaiser Family Foundation, *Pharmacies, not the military, will handle COVID-19 vaccinations*, Aug 31, 2020 https://www.axios.com/2020/08/31/coronavirus-vaccine-distribution-military-pharmacies. Altman explains:

> "Although President Trump has said the military is 'all mobilized' to help distribute a coronavirus vaccine, in the end that process will almost certainly rely heavily on the pharmacies, doctors and community hospitals we're all familiar with.

> The big picture: Deciding how to distribute a vaccine is, for now, a government-driven task, and Trump has invoked the logistical expertise of the military as a way to do the job. For the public, though, this won't feel like a military exercise, with heavy trucks rolling into town and people lining up outside medical tents. It'll feel like going to CVS."

See also, the Defense Department's announcement: *Trump Administration Partners With CVS and Walgreens to Provide COVID-19 Vaccine to Protect Vulnerable Americans in Long-Term Care Facilities Nationwide*, Oct. 16, 2020. https://www.defense.gov/News/Releases/Release/Article/2384541/trump-administration-partners-with-cvs-and-walgreens-to-provide-covid-19-

member, his wisdom and experience would have been integral to any of Disney's vaccination strategies.[56]

63.    Since being on the Disney Board of Directors, recently Mr. Rice was appointed to the board of directors of the global biopharmaceutical company Bristol-Myers Squibb and to the board of directors of the financial firm which made its name in the defense industry, the Carlyle Group. Note, Carlyle "has deep roots in the defense sector, dating to the days when former president George H.W. Bush, former British prime minister John Major and former U.S. defense

---

vaccin/#:~:text=To%20meet%20the%20Trump%20Administration's,facilities%20(LTCF)%20nationwide%20with%20no.

It's worth noting, on a ten-minute call on hold waiting for a person to answer the phone at CVS to see if a prescription is ready, you will hear a recording approximately 10 times stating, "CVS Pharmacy not only has flu vaccines for your family but 14 other vaccinations that can help protect against Covid-19, pneumonia, shingles, and more. You can even get multiple vaccines at the same time. Schedule ahead at CVS.com/vaccines." It's worth noting to point out the extent of machinations that a company like CVS went through to gain adherence and compliance. The symbiotic relationship between partners in programming is clear.

Of course, Disney is tapping this executive from CVS for its board of directors (before the pandemic).

[56] The role of the board of directors, while not involved in the day-to-day management, is involved in a "supervisory role, overseeing corporate activities and assessing performance," Alert Investor, Get on Board: Understanding the Role of Corporate Directors; Even the CEO have to answer to somebody, THE MOTLEY FOOL Mar 25, 2019, https://www.fool.com/investing/2016/12/08/get-on-board-understanding-the-role-of-corporate-d.aspx#:~:text=The%20board%20plays%20a%20supervisory,and%20for%20setting%20their%20compensation.

Diligent, the software company that makes corporate governance software notes that a board, among other functions, is "fully engaged with all major issues that affect the corporation":

> "The purpose of a board of directors is much more than iconic figureheads. Boards typically look for specific qualities in choosing board members to fill vacant seats. Board members expect their fellow board directors to be willing to ask tough and probing questions to vet all sides of an issue. Board directors need to be well-informed and fully engaged with all major issues that affect the corporation. Identifying risks has become an integral part of board work because risks are becoming increasingly numerous and complex."

Ross Pounds, *The Roles and Responsibilities of a Board of Directors*, May 4, 2022, https://www.diligent.com/insights/board-of-directors/the-roles-and-responsibilities-of-a-board-of-directors/. Vaccination mandates would fall into that category of major issues affecting the corporation. *See also infra* paragraph 72 and accompanying note.

secretary Frank Carlucci held senior advisory or executive positions."[57] Of course, the Carlyle

---

[57] Terence O'Hara, *Carlyle shows it's still tops with defense deal,* NBC, Feb. 13, 2006, 9:42 AM EST, https://www.nbcnews.com/id/wbna11324989. The deal referred to in the article refers to the privatization of "the main research laboratory for Britain's defense establishment. The point is the Carlyle Group essentially took control of the top research lab. This is no small bit player, the Carlyle Group. Consider the purchase (one of many by Carlyle):

> "Until 2001, Qinetiq was part of the Ministry of Defense, in essence the main research laboratory for Britain's defense establishment. The Qs in its name are a cheeky reference to the fictional character who created high-tech and often lethal spy gadgets for James Bond. Agency scientists were behind inventions as varied as the liquid crystal display and the vertical takeoff-and-landing gear on modern jet fighters. One of its chief specialties was radar technology.

> The Ministry of Defense initially planned to spin off Qinetiq into a separate publicly traded company, reasoning that the commercial marketplace would help fund and accelerate innovations previously paid for by the British government."

*Id*.

That purchase is one of many examples of the type of entwinement that is being advocated and implemented, by design, with the thought being, again, that "the commercial marketplace would help fund and accelerate innovations previously paid for by the British government." *Id*. They – the government – is getting the private sector to facilitate its work. *See also*, M. Asif Ismail, *Investing in war*, Nov. 18, 2004, https://publicintegrity.org/national-security/investing-in-war/ (describing the entwinement between private investment and the Defense Department).

Note also, Kori Schake, the sister of Disney's Kristina Schake (*see supra* paragraph 42 regarding "close nexus"), Director of Foreign and Defense Policy at the American Enterprise Institute, makes a similar point about how the government has managed to influence the world in her book, *Covid-19 and World Order; building a more globalized order*:

> "Our vision for a better world should be an international order of greater connectedness and greater accountability. The method and means for attaining such an order should be to use the tools of free societies to protect and advance free societies. What has made the American-dominated order cost-effective enough to be sustained by a reluctant hegemon (referring to Britain's hegemony) is that the rules were beneficial enough to cajole voluntary compliance."

Kori Schake, Building a More Globalized Order, COVID-19 and World Order, Gavin, Francis J., HAL BRANDS & FRANCIS J. GAVIN, https://muse.jhu.edu/chapter/2696573/pdf, 331 (2020).

Schake characterizes the U.S.'s approach as cajoling, which means persuading by sustained coaxing and flattery. However, it's apt to describe it as sufficient entwinement with much more muscle. Her spin on the bigger picture is pertinent:

> "Rather than construct an international order that maximized its dominance, the United States limited its direct power normatively, legally, and institutionally. It gave other states leadership roles and the ability to influence terms and institutions, which spread the burden of common problems more widely and made US

Group is also involved in other investments, including involvement with the Covid-19 vaccine. In fact, the Executive Chairman of Pfizer, Ian Read left Pfizer December 31, 2019[58] and took a role with the Carlyle Group in January of 2020.[59] Regarding Mr. Rice—the Disney Board of Director member, a former top executive with CVS and the former CFO of Eli Lilly, worthy of being appointed to both the Bristol-Myers Squibb Board of Directors and the Carlyle Group's

---

dominance less objectionable than has been the case for previous hegemons. Leading with a light hand has served the United States well."

*Id*. https://www.nato.int/cps/en/natohq/opinions_180067.htm.

There are, of course, places where the United States leads with a "light hand," there are also cases where the United States leads with a swift kick of the military boot, or certainly the threat of.

Schake's references in these regards, are, of course relevant, considering she is the "close" sister of Kristina Schake and both have served in high levels in government. (Regarding Kristina Schake's government work, see paragraph 42 and accompanying note, regarding Kori Schake's government work, "[s]he has had a distinguished career in government, working at the US State Department, the US Department of Defense, and the National Security Council at the White House. She has also taught at Stanford, West Point, Johns Hopkins University's School of Advanced International Studies, National Defense University, and the University of Maryland.") See e.g., https://policy.defense.gov/Portals/11/Documents/DPB_Docs/Schake%20DPB%20Bio_update.pdf.

Moreover, she and her experience, work and advocacy are relevant because, though the sisters are described as being politically polar opposites, the adoption of this entwined strategy is common to both of them. One is outwardly touting the strategy of entwining the military with private enterprise (Kori), the other is outwardly exhibiting the strategy of entwining the military with private enterprise (Kristina) (*See* paragraph 42).

Meghan Daum, *These Two Sisters Couldn't Be Closer—Or More Politically Opposed*, Dec. 15, 2015, Vogue, https://www.vogue.com/article/sisters-kori-kristina-schake-politics-liberal-democrat-republican.

[58] *Ian Read to Retire as Executive Chairman of Pfizer's Board of Directors; Chief Executive Officer Dr. Albert Bourla Named Chairman*, Sep 27, 2019 - 04:00am, https://www.pfizer.com/news/press-release/press-release-detail/ian_read_to_retire_as_executive_chairman_of_pfizer_s_board_of_directors_chief_executive_officer_dr_albert_bourla_named_chairman#:~:text=Read%20has%20chosen%20to%20retire,Read%20joined%20Pfizer%20in%201978.

[59] The significance of the Carlyle Group, with representation on the Disney Board, can be gleaned from the fact that the CEO of Pfizer joined the Carlyle Group in January 2020 – January 9, 2020 to be precise. *See e.g.*, Angus Liu, *Busy Ian Read takes another post-Pfizer gig, this time as a Carlyle Group dealmaker*, Jan 9, 2020 10:18am, https://www.fiercepharma.com/pharma/busy-ian-read-takes-another-post-pfizer-title-joins-carlyle-group-as-operating-executive.

Board of Directors—he certainly had something to say about the Disney corporate-wide mandate. Further, Disney appointed this individual with such an intimate involvement with pharmaceuticals in *2019*, also reflecting an awareness and entwinement with the Defense Department, with respect to the risks associated with pandemics and the need for mandates.[60] Just in time for a vaccine rollout.

64.    To fully appreciate the significance of Rice being on the board of Disney, Bristol-Myers Squibb and the Carlyle Group, one need only consider a recent purchase by the Carlyle Group, as reported by Reuters in an announcement entitled: "Carlyle to buy U.S. defense contractor ManTech for $3.9 billion." The article explains, of the purchase of ManTech:

> "Fairfax, Virginia-based ManTech performs defense and non-defense contracting services for the intelligence community, the Pentagon and other government agencies.
>
> 'Carlyle will benefit from ManTech's large exposure to intelligence customers and to the cybersecurity sector,' Wells Fargo analyst Matthew Akers said."[61]

65.    As a member of the board of directors, clearly Mr. Rice's experience of value includes that which relates to the vaccine, the mandates and the defense industry.

66.    Of course, to the extent that there is an overlap, such as in the use of AI in all

---

[60] Note, Disney's other pharmaceutical-related Director, Robert Matschullat, who served on the Disney Board from 2002-2018, was on the board of McKesson Corporation from 2002-2007. While "McKesson is … the nation's largest drug distributor, responsible for a third of all pharmaceuticals used each day in North America," Matschullat's role with McKesson, unlike Rice's role with CVS, was not as an executive. *McKesson*, FORTUNE, https://fortune.com/company/mckesson/.

[61] Carlyle to buy U.S. defense contractor ManTech for $3.9 billion, REUTERS, May 16, 202211:51 AM EDT, https://www.reuters.com/markets/us/carlyle-buy-us-defense-contractor-mantech-about-39-bln-2022-05-16/

three industries, it only reinforces the synergistic nature of the relationship between these three, the business of Disney/ESPN, the objectives of the Defense Department and the objectives of the pharmaceutical industry.[62]

67.    Board member Mary T Barra, added to the board in 2017, also served as a Board member of General Dynamics, the fifth largest defense contractor, from 2011 to 2017.[63]

68.    In line with that know-how (in the areas of the vaccine, the mandates and the defense industry) Rice's work with Bristol-Myers Squibb also dovetails with sports and ESPN, as ESPN proudly telecasts the annual Sports Humanitarian Awards sponsored by Bristol-Myers Squibb. It's an important cobranding, particularly as it pertains to the vaccination mandate and the appearance of the value of pharmaceuticals. Moreover, the co-branding offers an award to athletes and teams directly from both the pharmaceutical industry and ESPN.[64]

---

[62] *See e.g.*, Bristol-Myers Squibb Annual Report, *The power of science, the power of AI*, Mar. 10, 2022, https://annual-report.bms.com/assets/bms-ar/documents/2021-annual-report.pdf (describing the role of AI at Bristol-Myers Squibb).

[63] Mary T. Barra, Director Since 2017, https://thewaltdisneycompany.com/leaders/mary-t-barra/.

[64] ESPN Announces the Finalists for the 2020 Sports Humanitarian Awards (noting, as described by Kevin Martinez, vice president of ESPN Corporate Citizenship:

"'For six years, ESPN has been honored to telecast the Sports Humanitarian Awards, which highlights the impact that sports has to create social change, and we're excited to carry that narrative through the ESPYS and our other platforms.'

The cobranding is described as follows:

"The sixth annual *Sports Humanitarian Awards, sponsored by Bristol-Myers Squibb*, is a celebration of the impact made by athletes, teams and sports industry professionals who are using sports to make a difference in their communities and throughout the world.")

V Foundation, https://www.v.org/story/espn-announces-finalists-for-the-2020-sports-humanitarian-awards/ (last visited 020623).

69.     Rice is not the first Carlyle Group member of Disney's Board of Directors. He was preceded by Susan E Arnold, who was brought on as a director in 2007, and elected chair on December 31, 2021.[65]

70.     The extensive entwinement of Disney/ESPN with the government, and particularly with the Defense Department and HHS, subjecting Disney/ESPN to state actor thresholds and burdens, is further evidenced by the fact that Operation Warp Speed touts itself as a partnership and coordination between government and business:

**About Operation Warp Speed**

OWS is a partnership among components of the Department of Health and Human Services and the Department of Defense, engaging with private firms and other federal agencies, and coordinating among existing HHS-wide efforts to accelerate the

---

Note, while Bristol-Myers Squibb's role with the Covid-19 pandemic was less than that of Pfizer, Moderna and Johnson & Johnson, it expects to play a larger role in the post pandemic environment, as for example, through its drug partnership with Pfizer, which with the drug Eliquis (apixaban) reduces the risk of strokes, strokes, of course, increasing in incidence after Covid-19. *See e.g.*, Arlene Weintraub, *Bristol Myers Squibb's blood thinner Eliquis soars on COVID-19 demand, but Opdivo could suffer: execs*, May 7, 2020 10:36am, https://www.fiercepharma.com/pharma/covid-drives-huge-demand-for-bristol-myers-blood-thinner-eliquis-but-could-dampen-mid-year (noting" "COVID-19 stocking of BMS and Pfizer's blood thinner Eliquis drove sales of that product up 37% to $2.6 billion.").

Bristol-Myers Squibb and Pfizer note after the 2013 FDA approval of Eliquis that: "ELIQUIS is the result of leading scientific innovation and the shared vision of our alliance to introduce a new oral anticoagulant for patients with nonvalvular atrial fibrillation in the U.S." U.S. FDA Approves ELIQUIS® (apixaban) to Reduce the Risk of Stroke and Systemic Embolism in Patients with Nonvalvular Atrial Fibrillation, Jan 02, 2013, https://news.bms.com/news/details/2013/US-FDA-Approves-ELIQUIS-apixaban-to-Reduce-the-Risk-of-Stroke-and-Systemic-Embolism-in-Patients-with-Nonvalvular-Atrial-Fibrillation/default.aspx.

[65] *See e.g.*, *Susan Arnold Named Chairman Of The Board Of The Walt Disney Company, Effective December 31,* Dec 1, 2021, https://thewaltdisneycompany.com/susan-arnold-named-chairman-of-the-board-of-the-walt-disney-company-effective-december-31/#:~:text=December%201%2C%202021-,Susan%20Arnold%20Named%20Chairman%20Of%20The%20Board%20Of,Disney%20Company%2C%20Effective%20December%2031&text=BURBANK%2C%20Calif.%2C%20December%201,%2C%20effective%20December%2031%2C%202021.

COMPLAINT AND JURY DEMAND - 42

development, manufacturing, and distribution of COVID-19 vaccines, therapeutics, and diagnostics.[66]

That relationship alone might qualify a private partner and coordinator for treatment as a state actor, however, there are far more connections and entwinements which have been shown. Still more will be shown.

71.     Another Defense Department Disney entwinement is the fact that the Defense Department funds Covid-19 research by Illumina, whose CEO, Francis deSouza, was added to the Disney Board in 2018. With all the products in the world—artificial intelligence, robotics, software, high tech, other health care products—and only 12 slots for Directors, and only one or two new individuals to be added, with some years having no new board members, Disney adds the CEO of Illumina, the company which makes next generation sequencing (NGS), the first company to be approved by the FDA for COVID-19 diagnostic testing utilizing next generation sequence technology.[67] The NIH also awarded Illumina several million dollars, including for a "massive lab," as it's described in the grant award for Covid-19 testing.[68] The fact is that this is

---

[66] *See e.g.*, Trump Administration Collaborates With McKesson for COVID-19 Vaccine Distribution, Aug. 14, 2020 https://www.defense.gov/News/Releases/Release/Article/2313808/trump-administration-collaborates-with-mckesson-for-covid-19-vaccine-distributi/.

[67] *See e.g.*, *Illumina Receives First FDA Emergency Use Authorization for a Sequencing-Based COVID-19 Diagnostic Test,* Jun. 9, 2021, https://www.illumina.com/company/news-center/press-releases/2020/8cd141fb-68d0-4144-8922-45693ac3f453.html. *See also, Coronavirus (COVID-19) Update: FDA Authorizes First Next Generation Sequence Test for Diagnosing COVID-19*, FDA Statement, Jun. 10, 2021, https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-first-next-generation-sequence-test-diagnosing-covid-19#:~:text=The%20U.S.%20Food%20and%20Drug,utilizing%20next%20generation%20sequence%20technology.

[68] *See e.g.*, Illumina, Inc., Tracking Federal Purchases to Fight Coronavirus, https://projects.propublica.org/coronavirus-contracts/vendors/illumina-inc.

the fifth individual notably a part of Disney's Board of Directors, Rice, Arnold, Matschullat, Barra, and now Francis deSouza, all involved with the pharmaceutical and or the defense industry.[69] They're on the board because of their relevant expertise. They are highly symbiotic in

---

[69] Also, Disney Board of Directors, Director Michael Froman on the Transatlantic Task Force deals with "Coping with Covid-19 and Future Pandemics." The task force in this regard refers to the following challenges:

Pandemic

• Create a Transatlantic Stockpile of Medical Supplies and Medicines: Regularly report on transatlantic production capacity, output, domestic demand, and create a joint stockpile of medical supplies, equipment, and medicines to respond to inevitable future emergencies.

• Ensure Equitable Access to Pandemic Treatment: Build on efforts led by the World Health Organization and others to ensure equitable access to pandemic vaccines and therapies, including the creation of a Global Fund to Fight Pandemics, to finance research, production, and large-scale, rapid distribution of treatments for COVID-19 and future pandemics, especially in the developing world.

Notably, as with many Disney efforts and related efforts, there is no mention of the societal objective of "ensuring that those with sincere religious objections receive proper and just treatment, and in the event of displacement, protection and care." It's as if the law with respect to religious rights is not part of the equation, except to stamp it out.

Additionally, Kori Schake and Michael Froman, Disney Board Member, share a common thread which relates to war, and the current war, being talked about in terms of World War III, they both sit on the Transatlantic Task Force, also known as the Transatlantic Security Task Force. *See The German Marshall Fund and Bundeskanzler-Helmut-Schmidt-Stiftung Launch "Transatlantic Task Force" Setting Path Forward for U.S.-Europe Relations*, Dec. 12, 2019 https://www.gmfus.org/news/together-or-alone-choices-and-strategies-transatlantic-relations-2021-and-beyond.

The Transatlantic Task Force is the body created as a tribute to the Marshall Plain, by Germany and Harvard University, the effort to rebuild Europe after World War II. The tribute, with significant funding continues to foster their joint efforts. (It's the private continuation of the prior government/public project/function). Here we are with a Europe being affected currently considerably by a war in Eastern Europe, and a Disney Board Member is one of only 12 on that task force. He's on that Disney Board, while Kristina Schake is a Disney top executive, SVP and Chief Communications Officer, and while her sister, Kori Schake, is also on that Transatlantic Task Forse. Kori Schake wrote a policy paper, in 1998, entitled *Europe After NATO Expansion; the unfinished security agenda*. NATO expansion, isn't that what's being spoken about with respect to the current war in Ukraine? Froman's been on the Disney Board since 2018. He's worthy and relevant for this 2021 Transatlantic Task Force also? Yes. Prescient? Government entwinement, more likely.

Not only more likely, clearly evident: Disney has had its hands in biotechnology for some time. Back to Epcot. To appreciate it, this simple description helps:

In 1982, Disney debuted Listen to the Land, a slow-moving boat ride through agricultural vignettes that culminated in a visit to sprawling greenhouses that provided a peek at Disney's biotechnology labs. Inside,

their fit together, to the point where state action exists.

72.     It is the Disney Board that is responsible for selecting new board members and establishing the criteria for such selections. It is the Disney Board who has established and evaluated the criteria of having a defense background and a pharmaceutical/vaccination related background as backgrounds relevant to the success of Disney.[70]

**DISNEY & ESPN**

73.     The mission of Disney goes beyond entertainment to informing. The Disney mission statement, in one version of it, is "to entertain, **inform** and inspire people around the globe through the power of unparalleled storytelling, reflecting the iconic brands, creative minds

---

scientists in white lab coats pipetted and plated dozens of samples. The September 1989 issue of Agricultural Research magazine put it plainly: "ten million people a year now get a close-up look at tissue culture and biotechnology in action."

The lab, launched as a partnership between Walt Disney World, Kraft, and the USDA's Agricultural Research Service (ARS), now operates as a branch of the Functional Genomics and Breeding Research Unit under the ARS. Since its conception, the lab has focused on improving the durability, yield, and disease resistance of crops, especially fruit trees. Researchers do so through tissue culture and cloning, two popular techniques in molecular biology that allow scientists to test different genetic modifications.

Rose Schnabel, *Conversations in Science at Indiana University, The happiest biotechnology lab on Earth*, Dec. 18, 2021, https://blogs.iu.edu/sciu/2021/12/18/happiest-biotechnology-lab/. So, when we say Disney knows what's coming, or rather knows what's going on, and that one can look at the highest levels of Disney regarding it, we mean it.

[70] The Disney Notice of 2021 Annual Meeting and Proxy Statement indicates that the Governance and Nominating Committee "assists the Board in developing criteria for open Board positions, reviews background information on potential candidates and makes recommendations to the Board regarding such candidates." https://thewaltdisneycompany.com/app/uploads/2021/01/2021-Proxy-Statement.pdf. The same function is noted in the Proxy Statements for prior years.

and innovative technologies that make ours the world's premier entertainment company."[71]

Disney, similarly also states its mission as "to be one of the world's leading producers and providers of entertainment and **information**."[72] In each version, it emphasizes the role it seeks to play in informing.

74.    Disney's mission and efforts to inform include informing the public about taking the vaccination, and they include doing so through their informative sports channel, ESPN.

75.    To be sure Disney controls ESPN. On October 12, 2020, Disney restructured to bring the "ESPN and Sports Content" into a single, global Media and Entertainment Division."[73]

76.    In fact, Bob Iger takes credit for having influence over ESPN, as the justification for his compensation bonus, in the 2021 Disney Proxy report, lauds his having, in 2020, "Successfully launched Disney+ and drove unprecedented subscriber growth in the first year, while also increasing subscribers at ESPN+ and Hulu."[74]

77.    The 2021 Proxy Statement also notes that Disney under his leadership as Chairman of the Board in 2020, "Innovated to continue to deliver world-class content and experiences for our consumers. Adopted flexible and creative content distribution approaches,

_____

[71] https://thewaltdisneycompany.com/about/ (emphasis added).

[72] https://www.indeed.com/cmp/The-Walt-Disney-Company/about (emphasis added).

[73] The Walt Disney Company Announces Strategic Reorganization Of Its Media And Entertainment Businesses, Oct. 12, 2020, https://thewaltdisneycompany.com/the-walt-disney-company-announces-strategic-reorganization-of-its-media-and-entertainment-businesses/.

[74] *See supra* note 70, at 39.

COMPLAINT AND JURY DEMAND - 46

delivering content to consumers how and when they want it; brought sports to fans by hosting the MLS and NBA seasons at the ESPN Wide World of Sports complex in Orlando, Florida, with extensive safety measures inside the 'bubble.'"[75]

78.    Similarly, Disney CEO Bob Chapek has taken credit for his influence over ESPN and its success and content delivery.[76]

79.    Disney brought ESPN further into its fold operationally to a large extent when it created its Direct to Consumer (DTC) strategy. Disney, in its 2021 Proxy report, touts its having "Reimagined our business. Reorganized our media and entertainment business to further accelerate and strengthen our DTC strategy and fuel the creative and financial growth of the Company."[77] The days of products being physical and tangible and reaching a market like Connecticut, where ESPN is headquartered, only by retail outlets, and shipments and delivery physically to one's door are long gone. As Disney notes of its DTC delivery of content through the internet, Disney does business in Connecticut and all over the world.

80.    Disney delivers its content and values through its new Disney+, Hulu and ESPN all in one bundle.

81.    These are Disney products sold as a Disney Bundle to anywhere in the world, including Connecticut.

_____

[75] *Id.* at 22.
[76] *Id*. at 39.
[77] *Id*. at 22.

82.     Disney is quite public about the values it promotes through its packages. Though it touts in its Proxy commitments to race, ethnicity, gender, diversity and inclusion, and an LGBTQ award, it makes no mention of religious rights.

83.     Despite having employees in Connecticut and selling to homes and consumers in Connecticut, through a variety of marketing arrangements and advertising in Connecticut, Disney and ESPN doesn't afford the religious rights to its employees guaranteed by federal law and Connecticut law. Those laws are intended to protect the rights of employees of companies and employers doing business, whether in a physical store or through online sales, in Connecticut such as Disney and ESPN.

84.     Disney makes no bones about the fact that it envelopes ESPN, and acts to control and manage it, in its announcement prior to the 2020 reorganization and DTC bundle integration: "The Walt Disney Company Aligns Media Distribution Under Direct-To-Consumer & International Segment, Integrates Disney & ESPN Media Networks Affiliate Sales & Marketing Into DTCI Organization."[78] That Disney press release, July 18, 2019, explains: "The Walt Disney Company announced today that it will combine all of the Company's media sales and channel distribution into one organization under Justin Connolly, who has been named president,

---

[78] *The Walt Disney Company Aligns Media Distribution Under Direct-To-Consumer & International Segment, Integrates Disney & ESPN Media Networks Affiliate Sales & Marketing Into DTCI Organization*, NEWS DTCI, https://dmedmedia.disney.com/news/dtci-integrates-disney-espn-media-network-affiliate-sales (last visited Feb 06, 2023).

Media Distribution."[79] The release further explains the integration: "'By combining all of our media, affiliate, content and syndication sales, and distribution efforts into the Direct-to-Consumer & International segment, we continue to transform the ways in which we distribute the great stories and characters created by The Walt Disney Company's studios and media networks,' said Mayer."[80]

85.     The release explains the entities included and Connolly's responsibilities, as President Disney Platform Distribution at The Walt Disney Company: "In this role, Connolly will continue to oversee all aspects of North American distribution, affiliate marketing and affiliate-related business operations for all the services provided by Disney and ESPN media networks including, among other services: ESPN, ESPN2, ESPNEWS, ESPN Deportes, ESPNU, SEC Network, ACC Network, Disney Channel, Disney Junior, Disney XD, Freeform, FX, FXX, FXM, National Geographic and Nat Geo Wild, and related WATCH, HDTV, video-on-demand, interactive television and retransmission consent agreements for The Walt Disney Company's eight-owned ABC stations.  He will also continue to have oversight of the ABC Affiliate Relations and Marketing team."[81]

86.     Bob Iger has taken credit for decisions over ESPN matters, and terminations, such as when he publicly took credit for the decision not to discipline Jemele Hill, a host on the

_____

[79] *Id.*
[80] *Id.*
[81] *Id.*

Disney-owned ESPN cable network, [who] called President Trump a "white supremacist" in a tweet after Mr. Trump's equivocal comments on the white nationalist march in Charlottesville, Va."[82] Iger, "[s]peaking on the stage of the Annenberg Center for the Performing Arts, [] defended the decision to refrain from disciplining Ms. Hill by saying, "I felt we needed to take into account what other people at ESPN were feeling at this time, and that resulted in not taking action."[83] He took personal responsibility, noting that "*I* felt…" and that it resulted in the ultimate decision.

87.     Hill had apologized to John Skipper, the, then, ESPN President and Co-Chairman of Disney Media Network.[84] Skipper's role as both an ESPN executive and a Disney executive is reflective of the management involvement of Disney in ESPN's operations.

88.     John Skipper was succeeded by James Pitaro, who again, also is an executive with both ESPN and Disney, serving formerly as Co-Chair of Disney Media Networks and ESPN's Chairman, and under the reorganization as Chairman of ESPN and Sports Content (in charge of Disney/ESPN's multimedia offerings).

89.     James Pitaro also reported to the Disney CEO, Chapek, from 2019-2022, and

---

[82] Jim Rutenberg, *For Disney's Iger, an Unlikely Political Turn*, N.Y. TIMES, Oct. 8, 2017, https://www.nytimes.com/2017/10/08/business/media/for-disney-chief-robert-iger-an-unlikely-political-turn.html.

[83] *Id.*

[84] See column by Jemele Hill in the ESPN owned Andscape, formerly the Undefeated. Jemele Hill, *Jemele Hill on doing the right thing; A lesson from her grandmother: Be better. No matter what*, Sep 27, 2017, https://andscape.com/features/jemele-hill-on-doing-the-right-thing/.

Disney CEO Iger since November 2022.

90.     John Skipper negotiated the current nine year 2.6 billion dollar per year ESPN - NBA agreement, set to expire in 2024, yet it was not an ESPN executive that negotiated the NBA Bubble arrangement with Disney/ ESPN's World Wide of Sports Complex in Disney World, it was the Disney executive Bob Iger.[85] At least in part, because Iger has longstanding ties to the NBA.[86]

**GOV'T MESSAGING APPARATUS**

91.     Disney was entwined with the government in delivering the messaging in a way that no other entity could be.

92.     Disney's role in the 'It's Up To You' campaign, produced in partnership with the Ad Council and the COVID Collaborative, and developed in close coordination with the U.S. Department of Health and Human Services (HHS), the Centers for Disease Control and Prevention (CDC), and the White House COVID-19 Task Force, illustrates pervasive entwinement and joint participation in public health messaging.[87]

---

[85] Ramona Shelburne, *How Adam Silver, the NBA's stars and owners negotiated these playoffs*, ESPN, Jun. 4, 2020, https://www.espn.com/nba/story/_/id/29267245/how-adam-silver-nba-stars-owners-negotiated-playoffs

[86] *Id*.

[87] *It's Up To You* Vaccine Education Campaign, Press Release, Ad Council & COVID Collaborative (Feb. 25, 2021) "The Ad Council and COVID Collaborative Reveal 'It's Up To You' Campaigns to Educate Millions of Americans about COVID-19 Vaccines; Major brands, media companies, community-based organizations, faith leaders and other trusted messengers to extend reach of message across all channels with a focus on Black and Hispanic communities, who have been hit hardest by the pandemic," available at

93.     The partnership highlights that "[t]he CDC brand will be seen on select creative assets and, along with HHS, the CDC is providing scientific guidance on all aspects of the campaign."

94.     CDC Director Dr. Rochelle P. Walensky explained how crucial the private entwinement was to the government in order to meet its objectives. "Public education is a critical component of our response to the COVID-19 pandemic — it is a shared effort to empower people to protect themselves, especially those in disproportionally burdened populations," said CDC Director Dr. Rochelle P. Walensky. She described the need for the collaborative: "Just as we are taking action to address the inequities this pandemic laid bare, we need a concerted approach to bring an end to the pandemic and to leverage the lessons learned during COVID-19 to achieve optimal health for all."[88]

95.     Disney and its subsidiary ESPN used their expansive media infrastructure to amplify the government's COVID-19 vaccine messaging. The final and essential step—mass vaccination—relied on the might of Disney and ESPN to amplify government messaging and influence public behavior, if not nationally, at least in key segments of the population, the sports enthusiasts and younger demographics, along with important racial groups.

_____

https://www.covidcollaborative.us/initiatives/vaccine-education. See also The Walt Disney Company 2021 Corporate Social Responsibility Report at 24, available at https://impact.disney.com/app/uploads/Current/2021-Disney-CSR-Report.pdf.

[88] *Id.*

COMPLAINT AND JURY DEMAND - 52

96.    The "Ad Council research fielded by Ipsos Public Affairs in February 2021 reveals that approximately 40% of the public have not yet made a firm decision to get vaccinated as soon as vaccines are available to them."[89]

97.    As to the size and scope of the initiative as ESPN viewed it, "ESPN today debuted a new PSA as part of Disney's commitment to the COVID-19 Vaccine Education Initiative, 'It's Up To You.' The platform – created by the Ad Council and COVID Collaborative in close partnership with the Centers for Disease Control and Prevention (CDC) – represents one of the largest public education efforts in U.S. history."[90]

98.    While Operation Warp Speed was developed and implemented under President Donald J. Trump to expedite the vaccine's development and distribution, then President-elect Joseph R. Biden embraced and continued the initiative, reinforcing the federal government's commitment to widespread vaccine uptake. Upon receiving his first dose of the Pfizer vaccine on December 21, 2020, Biden publicly praised Operation Warp Speed and urged Americans to take the vaccine, stating: "I'm doing this to demonstrate that people should be prepared, when it's

---

[89] *Id.*

[90] Kristie Adler, *'Get In The Game': ESPN Debuts New PSA In Support of the COVID-19 Vaccine Education Initiative, 'It's Up To You'*, ESPN Front Row (Mar. 22, 2021), available at https://www.espnfrontrow.com/2021/03/get-in-the-game-espn-debuts-new-psa-in-support-of-the-covid-19-vaccine-education-initiative-its-up-to-you/.

available, to take the vaccine. There's nothing to worry about."[91] His statement is in line with the campaign by the CDC and the collaborative shortly after in February 2021.

99.    Disney's decision to deploy network-wide public service announcements (PSAs) and their partnership with the Ad Council and HHS-backed "It's Up To You" initiative, directly served the government's objective to promote COVID-19 vaccine uptake on a national scale.[92]

100.    Disney and its affiliated media platforms—ABC, ESPN, Freeform, FX, Hulu, and National Geographic—were all official collaborators in the Ad Council and COVID Collaborative's "It's Up to You" COVID-19 vaccine education campaign.

101.    The COVID Collaborative was not simply an amalgam of private business entrepreneurs, but rather an amalgam of business and former government actors intimate with government operations, including several former government officials and policy leaders with direct connections to federal pandemic response planning. For instance, on the National Advisory Council of the COVID Collaborative is Judith Monroe who was the former CDC Deputy Director and President and CEO of the CDC Foundation; Regina Benjamin, who was the 18th U.S. Surgeon General; Melody Barnes who was assistant to the president and director of the White House Domestic Policy Council under President Obama; Robert Gates, the former U.S.

---

[91] Adam Edelman & Rebecca Shabad, *Biden to Receive COVID-19 Vaccine as Harris Campaigns in Georgia*, NBC News (Dec. 21, 2020, updated 4:11 PM EST), available at https://www.nbcnews.com/politics/white-house/biden-receive-covid-19-vaccine-harris-campaigning-georgia-n1251890.

[92] See *supra* note 90.

Secretary of Defense; Dr. Celine Gounder who was on on the Biden-Harris Transition COVID-19 Advisory Board.[93]

102.    Disney's support and assistance included on site distribution centers for mass vaccination in California, Florida, ESPN's Bristol Connecticut headquarters and France. In part, Disney did so as governments were struggling to meet demand.[94]

103.    Significantly, Biden announced a plan reflecting the government's role in the public education campaign on January 14, 2021. CNN reported, "[h]is plan includes… launching a public education campaign to address those hesitant to take the vaccine and focuses on ensuring equitable access to the vaccine across the country."[95] Biden stated, "Our administration will launch a massive public education campaign to rebuild that trust. We'll help people understand what science tells us, that the vaccines help reduce the risk of COVID infections, and can better safeguard our health, and the health of our families and our communities. It's a critical piece to account for a tragic reality of the disproportionate impact this virus has had on black, Latinos, and Native American people, who are being infected about four times the rate of white Americans."[96] This Biden plan was executed as the COVID Collaborative and the "It's Up to

[93] COVID Collaborative, https://www.covidcollaborative.us/about#team.

[94] NBC News, States struggle to meet growing vaccine demand, Jan. 16, 2021, available at **https://www.nbcnews.com/nightly-news/video/states-struggle-to-meet-growing-vaccine-demand-99583557656**.

[95] Kate Sullivan, *Biden Outlines Plan to Administer COVID-19 Vaccines to Americans*, CNN (Jan. 15, 2021, updated 5:46 PM EST), https://www.cnn.com/2021/01/15/politics/biden-administering-vaccines-plan/index.html.

[96] *PBS NewsHour*, Watch Live: Biden to Outline National COVID-19 Vaccination Plans, YouTube (Jan. 15, 2021), https://www.youtube.com/watch?v=uca19-0t-sY.

You" campaign with Disney ESPN's significant involvement.

104.   ABC News, a Disney-owned property, in March 2021, reported on public service announcements featuring former U.S. presidents urging Americans to get vaccinated, highlighting the national importance of vaccination campaigns.[97]

105.   ABC reported on how professional sports leagues achieved high vaccination rates among players, emphasizing the importance of vaccines in returning to normalcy in sports.[98]

106.   Hulu, also under Disney's control, contributed by airing documentaries and public service announcements aimed at advancing the benefits of vaccination. Notable examples include: Totally Under Control, a 2020 documentary providing an in-depth look at the U.S. government's response to the COVID-19 pandemic, featuring insights from public health officials;  The First Wave, released in 2021, a documentary spotlighting frontline healthcare workers during the initial months of the COVID-19 crisis, highlighting the challenges and resilience of those combating the pandemic; How to Survive a Pandemic, a documentary focusing on the global race to develop and distribute COVID-19 vaccines, detailing the efforts of researchers and scientists over an 18-month period.

107.   By coordinating messaging across its media portfolio, Disney functioned as a

---

[97] Michelle Stoddart, *Former Presidents, Except Trump, Urge Americans to Be Vaccinated in New PSA*, ABC News (Mar. 11, 2021, 4:41 PM), https://abcnews.go.com/Politics/presidents-trump-urge-americans-vaccinated-psa/story?id=76390139.

[98] Meredith Deliso, *How Professional Sports Leagues Got Most Players Vaccinated—Without Mandates*, ABC News (Oct. 21, 2021, 5:48 AM), https://abcnews.go.com/Sports/professional-sports-leagues-players-vaccinated-mandates/story?id=80668945&utm_source=chatgpt.com.

powerful amplifier of federal public health strategies, utilizing both its entertainment and news divisions to normalize vaccination and marginalize dissent. This media convergence demonstrates not merely corporate alignment with public policy but a public-private entwinement where Disney's news operations served as a delivery mechanism for state-sanctioned health messaging.

108.    The U.S. Department of Health and Human Services' *Vaccines National Strategic Plan 2021–2025*, Goal 3 called specifically for "coordinated traditional and social media campaigns." [99] Strategy 3.1.3 promotes using trusted messengers to deliver compelling vaccine education content. *Id*. This coordinated media campaign, planned for and executed by the government reflects the entwinement between the state and the private entity Disney ESPN such that Disney ESPN's conduct in enforcing the vaccine mandate and denying exemptions cannot be evaluated as purely private action but must be scrutinized under the framework of state action.

## AS AND FOR A FIRST CAUSE OF ACTION
**Breach of Contract (Connecticut Common Law)**

109.    Plaintiff repeats and re-allege the foregoing allegations contained in the preceding

---

[99] The Vaccines National Strategic Plan 2021–2025 (Vaccine Plan) at 18, https://www.hhs.gov/sites/default/files/HHS-Vaccines-Report.pdf.

paragraphs as if fully set forth herein.

110.    There was a valid contract between Plaintiff and ESPN, dated August 28, 2019. The contact "includes [ESPN]'s parent, affiliated and subsidiary companies."

111.    The contract was extended from August 28, 2021, to August 27, 2022 (the "Extension").

112.    Plaintiff performed all of his obligations under the contract and the Extension, including being "fully vaccinated" against Covid-19.

113.    The Extension did not require Plaintiff to receive the Covid-19 booster.

114.    Nevertheless, Defendant terminated Plaintiff for failing to receive the Covid-19 booster.

115.    Defendant terminated Plaintiff for noncompliance with a material condition never bargained for or agreed to by the parties.

116.    Section 8(a) of the contract set forth the bases for termination.

117.    None of those bases was applicable to Defendant's termination of Plaintiff.

118.    Defendant breached the contract by terminating Plaintiff in violation of section 8(a).

119.    Defendant's breach of contract caused Plaintiff to suffer damages.

120.    WHEREFORE, Plaintiff respectfully prays for relief against Defendants as hereinafter set forth in their prayer for relief.


**AS AND FOR A SECOND CAUSE OF ACTION**
**Violation of the Religious Freedom Restoration Act**

**(RFRA), 42 U.S.C. §2000bb et seq**

121.    Plaintiff repeats and re-allege the foregoing allegations contained in the preceding paragraphs as if fully set forth herein.

122.    Disney collaborated with the federal government to enforce vaccine policies that substantially burdened Plaintiff's religious exercise.

123.    By acting in concert with the government and enforcing a government-aligned mandate, Disney and ESPN engaged in state action subject to RFRA.

124.    Defendants' booster requirement placed a substantial burden on Plaintiff's religious beliefs without a compelling government interest, violating RFRA.

125.    WHEREFORE, Plaintiff respectfully prays for relief against Defendants as hereinafter set forth in their prayer for relief.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that this Court grant the following relief against Defendants:

A.    Enter a judgment on the First Cause of Action declaring that Plaintiff was terminated without cause for reasons not identified as a valid basis for the termination of his employment contract and that Defendants therefore breached the parties' contract, resulting in loss of income and other damages; declaring that Defendants' breach was willful; awarding Plaintiff front and back pay; awarding Plaintiff compensatory damages, including but not

limited to damages for emotional pain and suffering and for lost fringe and related benefits; awarding Plaintiff economic and expectation damages, including damages for lost wages and for injury to Plaintiff's career trajectory; awarding Plaintiff punitive damages; awarding Plaintiff pre- and post-judgment interest; awarding Plaintiff reasonable attorneys' fees and costs; and awarding such other and further relief as the Court deems just and proper.

B.      Enter a judgment on the Second Cause of Action declaring that Defendants violated the Religious Freedom Restoration Act (RFRA), 42 U.S.C. § 2000bb et seq., by substantially burdening Plaintiff's sincerely held religious beliefs without demonstrating that the "booster" mandate was the least restrictive means of furthering a compelling interest; declaring that Defendants had actual and constructive knowledge of the unlawful burden imposed on Plaintiff's religious exercise; declaring that Defendants' violations of RFRA were knowing and willful; enjoining future violations of RFRA by Defendants; awarding Plaintiff front and back pay; awarding Plaintiff compensatory damages, including but not limited to damages for emotional pain and suffering; awarding reputational damages to the extent supported by the evidence; awarding Plaintiff punitive damages to the extent permitted by law; awarding Plaintiff pre- and post-judgment interest; awarding Plaintiff reasonable attorneys' fees and costs; and awarding such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

COMPLAINT AND JURY DEMAND - 60

Dated: August 12, 2025

LAW OFFICES OF SHELDON KARASIK, P.C.
Attorneys for Plaintiff

By:_____/s/ *Sheldon Karasik*___

Sheldon Karasik (SK-4020)
244 Fifth Avenue, Suite Q249
New York, New York 10001
Direct Dial: (917) 587-8153
Email: sheldon@karasiklawoffices.com

DUNN EMPLOYMENT LAW, LLC
Attorneys for Plaintiff

By:_____/s/ *Christopher Dunn*___

Christopher dunn (ct30900)
P.O. Box 4124
Madison, Connecticut 06443
Direct Dial: (203) 903-7650
Email: christopherdunnlaw@gmail.com